# Exhibit B
# PART 4 OF 4

| No. | Located | Unit Name | Room No. | Floor Area (m2) | Property Ownership Certificate No. |
|---|---|---|---|---|---|
| 252 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4304 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0316245 |
| 253 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4305 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0316246 |
| 254 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4306 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0316247 |
| 255 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4307 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0316248 |
| 256 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4308 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0316249 |
| 257 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4402 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315416 |
| 258 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4403 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315417 |
| 259 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4404 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315418 |
| 260 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4405 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315419 |
| 261 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4406 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315420 |
| 262 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4407 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315421 |
| 263 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4408 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315422 |
| 264 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4502 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315424 |
| 265 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4503 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315425 |



| No. | Located | Unit Name | Room No. | Floor Area (m2) | Property Ownership Certificate No. |
|---|---|---|---|---|---|
| 266 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4506 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315428 |
| 267 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4508 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315430 |
| 268 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4602 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315432 |
| 269 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4603 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315433 |
| 270 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4604 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315434 |
| 271 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4605 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315435 |
| 272 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4606 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315436 |
| 273 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4702 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315452 |
| 274 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4703 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315453 |
| 275 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4704 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315454 |
| 276 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4705 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315455 |
| 277 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4706 | 78.62 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315456 |
| 278 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 4 | 4707 | 76.95 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315457 |
| 279 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 3 | 2004 | 307.56 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0315848 |



71

〈9〉

| No. | Located | Unit Name | Room No. | Floor Area (m2) | Property Ownership Certificate No. |
|---|---|---|---|---|---|
| 280 | Pinghu Street Longgang District | Hazens Xinyue Runyuan Building 1 Unit 01 | 01 | 9,010.20 | Yue (2024) Shenzhen Real Estate Right Certificate No. 0316087 |
| Total | | | | 34426.75 | |



72

Annex 2: 69 Units of Hazens Xinyue Langyuan Under Construction (Land Parcel No. G05425-1030)

| No. | Located | Project Name | Unit No. | Floor Area (m2) |
|---|---|---|---|---|
| 1 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 1 | 602 | 158.58 |
| 2 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 1 | 802 | 158.38 |
| 3 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 1 | 1202 | 158.38 |
| 4 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 1 | 1803 | 119.21 |
| 5 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 1 | 3702 | 158.07 |
| 6 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 1 | 3903 | 158.07 |
| 7 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 2 | 802 | 96.12 |
| 8 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 2 | 1105 | 121.47 |
| 9 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 2 | 1405 | 121.27 |
| 10 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 2 | 3202 | 95.92 |
| 11 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 2 | 4506 | 75.75 |
| 12 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 602 | 60.29 |
| 13 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 608 | 60.31 |
| 14 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 609 | 60.29 |
| 15 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 702 | 60.29 |
| 16 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 710 | 75.25 |
| 17 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 802 | 60.21 |
| 18 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 806 | 60.21 |
| 19 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 810 | 74.87 |
| 20 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 902 | 60.21 |

| No. | Located | Project Name | Unit No. | Floor Area (m2) |
|---|---|---|---|---|
| 21 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 905 | 60.21 |
| 22 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 907 | 74.87 |
| 23 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 908 | 60.23 |
| 24 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 909 | 60.21 |
| 25 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1002 | 60.21 |
| 26 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1004 | 74.87 |
| 27 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1102 | 60.21 |
| 28 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1105 | 60.21 |
| 29 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1110 | 74.87 |
| 30 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1202 | 60.21 |
| 31 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1302 | 60.21 |
| 32 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1303 | 60.23 |
| 33 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1305 | 60.21 |
| 34 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1306 | 60.21 |
| 35 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1307 | 74.87 |
| 36 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1308 | 60.23 |
| 37 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1402 | 60.21 |
| 38 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1408 | 60.23 |
| 39 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1502 | 60.21 |
| 40 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1503 | 60.23 |
| 41 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1504 | 74.87 |

| No. | Located | Project Name | Unit No. | Floor Area (m2) |
|---|---|---|---|---|
| 42 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1505 | 60.21 |
| 43 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1507 | 74.87 |
| 44 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1508 | 60.23 |
| 45 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1602 | 60.21 |
| 46 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1702 | 60.21 |
| 47 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1708 | 60.23 |
| 48 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1710 | 74.87 |
| 49 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1802 | 60.21 |
| 50 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1902 | 60.21 |
| 51 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1903 | 60.23 |
| 52 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 1908 | 60.23 |
| 53 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2002 | 60.21 |
| 54 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2006 | 60.21 |
| 55 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2102 | 60.21 |
| 56 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2105 | 60.21 |
| 57 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2106 | 60.21 |
| 58 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2202 | 60.21 |
| 59 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2302 | 60.21 |
| 60 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2305 | 60.21 |
| 61 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2402 | 60.21 |
| 62 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2409 | 60.21 |

| No. | Located | Project Name | Unit No. | Floor Area (m2) |
|---|---|---|---|---|
| 63 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2502 | 60.21 |
| 64 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2602 | 60.21 |
| 65 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2608 | 60.23 |
| 66 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2610 | 74.87 |
| 67 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2702 | 60.21 |
| 68 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2802 | 60.16 |
| 69 | Pinghu Street Longgang District | Hazens Xinyue Langyuan Building 1 Unit 3 | 2806 | 60.18 |
| Total | | | | 5060.84 |



Annex 3: 59 Units of Hazens Xinyue Qiyuan Under Construction(Land Parcel No. G05425-1031)

| No. | Located | Project Name | Unit No. | Floor Area (m2) |
|---|---|---|---|---|
| 1 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 101 | 86.67 |
| 2 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 104 | 100.4 |
| 3 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 105 | 115.71 |
| 4 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 107 | 42.9 |
| 5 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 108 | 91.86 |
| 6 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 110 | 132.12 |
| 7 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 111 | 121.72 |
| 8 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 113 | 60.3 |
| 9 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 114 | 99.48 |
| 10 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 115 | 91.94 |
| 11 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 116 | 64.93 |
| 12 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 118 | 62.7 |
| 13 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 119 | 61.49 |
| 14 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 201 | 120.5 |
| 15 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 202 | 103.41 |
| 16 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 203 | 147.82 |
| 17 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 204 | 84.01 |
| 18 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 205 | 77.94 |
| 19 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 206 | 75.56 |
| 20 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 207 | 129.34 |

| No. | Located | Project Name | Unit No. | Floor Area (m2) |
|---|---|---|---|---|
| 21 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 208 | 76.43 |
| 22 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 209 | 117.77 |
| 23 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 210 | 118.26 |
| 24 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 211 | 121.01 |
| 25 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 212 | 108.38 |
| 26 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 213 | 77.94 |
| 27 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 214 | 84.1 |
| 28 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 215 | 94.82 |
| 29 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 | 216 | 74.41 |
| 30 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 301 | 75.92 |
| 31 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 302 | 161.03 |
| 32 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 305 | 76.07 |
| 33 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 501 | 75.98 |
| 34 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 602 | 160.88 |
| 35 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 702 | 160.88 |
| 36 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 802 | 160.88 |
| 37 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 1802 | 160.41 |
| 38 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 2204 | 121.06 |
| 39 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 2402 | 160.41 |
| 40 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 2705 | 75.59 |
| 41 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 1 | 3402 | 160.41 |

| No. | Located | Project Name | Unit No. | Floor Area (m2) |
|---|---|---|---|---|
| 42 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 402 | 75.36 |
| 43 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 703 | 75.4 |
| 44 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 1001 | 95.19 |
| 45 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 1102 | 75.4 |
| 46 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 1104 | 120.29 |
| 47 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 1201 | 95.19 |
| 48 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 1506 | 94.99 |
| 49 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 2501 | 94.99 |
| 50 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 2702 | 75.02 |
| 51 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 2801 | 94.99 |
| 52 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 3104 | 120.09 |
| 53 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 3105 | 94.99 |
| 54 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 3503 | 75.02 |
| 55 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 3701 | 94.99 |
| 56 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 3705 | 94.99 |
| 57 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 1 Unit 2 | 4105 | 94.99 |
| 58 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 3 | 101 | 62.49 |
| 59 | Pinghu Street Longgang District | Hazens Xinyue Qiyuan Building 3 | 104 | 60.72 |
| Total | | | | 5888.54 |



79