Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Respondent
FUER YUAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br><br>Petitioner,<br><br>vs.<br><br>FUER YUAN,<br><br>Respondent. | Case No. 2:26-cv-01256-ODW-ADS<br><br>Judge: Otis D. Wright II<br><br>**DECLARATION OF RESPONDENT FUER YUAN IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, QUASH SERVICE OF PROCESS**<br><br>[Filed concurrently with Motion to Dismiss and/or Quash Service of Process and Declaration of Alejandro S. Angulo in Support Thereof]<br><br>Date:     July 13, 2026<br>Time:     1:30 p.m.<br>Courtroom:  5D<br><br>Date Action Filed:  February 7, 2026<br>Trial Date:     None Set |

I, Fuer Yuan, hereby state and declare as follows:

1. I am a respondent in the above-captioned matter. I am competent to testify to each fact stated in this Declaration. This declaration was translated for me to review into Mandarin Chinese before signing. If called as a witness, I could and would testify as follows:

Rutan & Tucker, LLP
attorneys at law

1063/040389-0002
23736471.3 a05/04/26

-1-

Case No. 2:26-cv-01256-ODW-ADS
FUER YUAN DECLARATION IN SUPPORT
OF MOTION TO DISMISS AND/OR QUASH

2.      I have resided in Shenzhen, China since the 1980s.  In the last couple of years, I have lived most of the time in Hong Kong.

3.      I have never resided in California, including at the address 980 Winston Avenue, San Marino, CA 91108 (the "San Marino Home").  In or about 2013, I purchased the San Marino Home with my then wife, Wen Sun, to be the residence for Ms. Sun and our two young children.  Ms. Sun and I were married in China.  A few months after I purchased the San Marino Home in 2013 with Ms. Sun, I deeded the home to her as her sole and separate property because it was intended to be the permanent residence for her and our children.  Since 2013, from time to time when I visited Ms. Sun and my children, I would stay at the San Marino Home.  I have never used it as my residential address, nor has it ever been my residence.  I abandoned my U.S. permanent residency in 2015 because I did not intend to live in California or the United States.

4.      I do not own any real properties in California.  Aside from the San Marino Home, I recall signing a deed sometime in 2013 relinquishing any community property claim to a property in Pasadena, California with the street address on Michigan Blvd. (the "Pasadena Property"), which Ms. Sun had purchased in 2013 with her own funds as an investment.  She asked that I sign a deed disclaiming any interest in the property to make clear it was her sole and separate property and I agreed to do so.  Ms. Sun took title to the property in her own name from the sellers, and I was never on title to this property.

5.      I do not have an office or work in California, including at the address 135 E. Live Oak, Arcadia (the "Arcadia Office").  I have a business office in Shenzhen, China and in Hong Kong.

6.      No one from the Central Authority of China has attempted to serve me with any papers relating to this proceeding.

7.      In 2013, Shenzhen Jiayuan Group Co., Limited, a Chinese owned by my brother, Anru Yuan, and Zhibing Wang ("Shenzhen Jiayuan"), became

Rutan & Tucker, LLP
attorneys at law

1063/040389-0002
23736471.3 a05/04/26

-2-

Case No.  2:26-cv-01256-ODW-ADS
FUER YUAN DECLARATION IN SUPPORT
OF MOTION TO DISMISS AND/OR QUASH

interested in investing in real estate in the United States.  As a result, Shenzhen Jiayuan, along with a related China company also owned by them, called Shenzhen Hezheng Real Estate Group ("Shenzhen Hezheng"), caused to be created two British Virgin Island companies, Jia Yuan Holdings Company Limited ("Jia Yuan BVI") and Hezheng Holdings Company Limited ("Hezheng BVI", Jia Yuan BVI and Hezheng BVI are collectively referred to herein as, the "BVI Companies").  The BVI Companies were formed for the purpose of investing in real estate in the United States.

8.    I was a director for the BVI Companies and tasked with exploring potential real estate investment opportunities.  In furtherance of the BVI Companies' real estate investment ventures, three U.S. companies were then formed, two of which were formed in Delaware, Jia Yuan USA Co., Inc. ("Jia Yuan") and San Yi US Investment Company, Inc. ("San Yi") and one of which was formed in California, Hazens Investment, LLC ("Hazens").

9.    In 2013, Hazens purchased the Sheraton LAX Hotel in Los Angeles.  In or about 2014, Jia Yuan purchased the Luxe City Center Hotel, which is now known as the E-Central Downtown Hotel.  In or about 2014 or 2015, San Yi purchased vacant land in San Gabriel for the construction of the Sheraton San Gabriel Hotel.

10.    In or about late 2013 or early 2014, managers and employees were hired to operate each of the U.S. companies locally.  Greg Sun (no relation to my former wife) served as the local general manager of Jia Yuan.  My then wife served as the local general manager of San Yi and Hazens.  As a director for the BVI companies, I oversaw the companies' operations from Shenzhen, China and worked with Mr. Sun and my then wife remotely.

11.    Starting in 2019, I devoted all my focus on real estate projects in China.  After the COVID-19 pandemic struck in late 2019, I no longer had any involvement in the operations or management of the U.S. companies, with the exception of assisting Jia Yuan resolve the federal investigation discussed below.  My then wife

Rutan & Tucker, LLP
attorneys at law

1063/040389-0002
23736471.3 a05/04/26

-3-

Case No.  2:26-cv-01256-ODW-ADS
FUER YUAN DECLARATION IN SUPPORT
OF MOTION TO DISMISS AND/OR QUASH

and a local team took over all operations and management of the companies when I stepped away.

12. In 2019, Jia Yuan was the subject of an investigation by the Department of Justice relating to activities of a consultant that Jia Yuan had hired to assist in its re-entitlement of the Luxe City Center Hotel. The government was investigating a Los Angeles City councilmember, Jose Huizar, for corruption and bribery. Because the Luxe City Center Hotel's re-entitlement process was pending before Mr. Huizar's district, the government was investigating Jia Yuan's dealings with him through one of its consultants. The government eventually resolved its investigation of Jia Yuan through a non-prosecution agreement and payment of a penalty by the company. At that time, Mr. Sun was no longer the general manager of Jia Yuan because he moved back to Canada, and thus, I helped guide the company through that investigative process and signed the non-prosecutorial agreement in October 2020 on behalf of Jia Yuan to do so.

13. Even though I ceased any involvement in the management and operations of Jia Yuan, San Yi and Hazens in the 2019-2020 timeframe, I recently learned in these proceedings that the companies did not formally remove me from the positions I held with the companies until a few years later, in or about 2023.

14. Following the resolution of the DOJ investigation, and due to the amount of press and media the Huizar investigation received, I am informed that the local team decided to change Hazens' and Jia Yuan's company names to Metanova, LLC and Metainfinity, LLC, respectively, for public relations purposes.

15. Petitioner Industrial Bank Co. Ltd., Shenzhen Branch ("Industrial") is actively enforcing the arbitral awards they obtained against me by default judgement in China as well as in Hong Kong. I had to retain legal counsel in China and Hong Kong to represent me in those actions. Most recently, the Hong Kong court denied Industrial's attempt to obtain a world-wide injunction against me for purposes of / / /

Rutan & Tucker, LLP
attorneys at law

1063/040389-0002
23736471.3 a05/04/26

-4-

Case No. 2:26-cv-01256-ODW-ADS
FUER YUAN DECLARATION IN SUPPORT
OF MOTION TO DISMISS AND/OR QUASH

enforcing the awards. I have been forced to defend myself in China and Hong Kong and it would be unreasonably burdensome and manifestly unfair to force me to also have to defend myself in the United States.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed May 4, 2026.

_____
Fuer Yuan