Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Respondent
FUER YUAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH, <br><br> Petitioner, <br><br> vs. <br><br> FUER YUAN, <br><br> Respondent. | Case No. 2:26-cv-01256-ODW-ADS <br><br> Judge: Otis D. Wright II <br><br> **DECLARATION OF ALEJANDRO S. ANGULO IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, QUASH SERVICE OF PROCESS** <br><br> [Filed concurrently with Motion to Dismiss and/or Quash Service of Process and Declaration of Fuer Yuan in Support Thereof] <br><br> Date:  July 13, 2026 <br> Time:  1:30 p.m. <br> Courtroom:  5D <br><br> Date Action Filed:  February 7, 2026 <br> Trial Date:  None Set |

I, Alejandro S. Angulo, declare as follows:

1.    I am a parter at the law firm of Rutan & Tucker, LLP, counsel of record for respondent Fuer Yuan in the above-captioned matter.  I am admitted to practice in the State of California and before this Court.  I make this declaration in support of Fuer Yuan's Motion to Dismiss or, in the alternative, Quash Service of Process.  I

Rutan & Tucker, LLP
attorneys at law

3085/040389-0002
23741250.1 a05/04/26

-1-

Case No.  2:26-cv-01256-ODW-ADS
ALEJANDRO S. ANGULO DECLARATION
IN SUPPORT OF MOTION TO DISMISS

and would competently testify thereto.

2.  On April 24, 2026, I participated in a zoom conference call with Ellis Herington and Yiren Yu, counsel for Petitioner Industrial Bank Co., Ltd., Shenzhen Branch, during which we meaningfully met and conferred about the substance of this motion.  We were unable to reach a resolution that would eliminate the necessity for the motion.

3.  Prior to the filing of this Motion, I conducted a careful, line-by-line review to confirm that the document is accurate, complete, and well -founded. Every cited case, statute, rule, and quotation exists and is accurately quoted and properly cited.  The cited authority applies in the Central District of California and to the specific procedural posture and facts of the case.  All factual statements are true, supported by the record, and consistent with any declarations or exhibits. The relief requested is authorized and clearly stated; and the document complies with the applicable federal and local rules, Court orders and filing requirements.

4.  The undersigned certifies that this submission does not use generative artificial intelligence.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed May 4, 2026.

_*Alejandro S. Angulo*_____
Alejandro S. Angulo

Rutan & Tucker, LLP
attorneys at law

3085/040389-0002
23741250.1 a05/04/26

-2-

Case No.  2:26-cv-01256-ODW-ADS
ALEJANDRO S. ANGULO DECLARATION
IN SUPPORT OF MOTION TO DISMISS