NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Alejandro S. Angulo (SBN 217823)
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Tel:  714-641-5100

ATTORNEY(S) FOR: Respondent Fuer Yuan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD., SHENZHEN BRANCH,<br><br>Petitioner(s),<br><br>v.<br><br>FUER YUAN,<br><br>Respondent(s) | CASE NUMBER:<br>2:26-cv-01256-ODW-ADS<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Respondent Fuer Yuan
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Fuer Yuan | Respondent |

May 4, 2026
Date

/s/ Alejandro S. Angulo
Signature
Alejandro S. Angulo

Attorney of record for (or name of party appearing in pro per):

Respondent Fuer Yuan

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**