Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Respondent
FUER YUAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br><br>Petitioner,<br><br>vs.<br><br>FUER YUAN,<br><br>Respondent. | Case No. 2:26-cv-01256-ODW-ADS<br><br>Judge: Otis D. Wright II<br><br>**CERTIFICATE OF COMPLIANCE RE GENERATIVE ARTIFICIAL INTELLIGENCE PERTAINING TO RESPONDENT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, QUASH SERVICE OF PROCESS (DKT. 13)**<br><br>Date:     July 13, 2026<br>Time:     1:30 p.m.<br>Courtroom: 5D<br><br>Date Action Filed: February 7, 2026<br>Trial Date:    None Set |

The undersigned, counsel of record for Respondent Fuer Yuan, certifies that Respondent's Motion to Dismiss (Dkt 13) does not use generative artificial intelligence. The undersigned did include this certification in counsel's concurrently filed declaration. (Dkt 13-2 [Angulo Decl., ¶ 4.) Counsel now understands that the artificial intelligence certification is to be included in the motion itself. Counsel apologizes for any inconvenience created by this misunderstanding.

Dated:  May 5, 2026

RUTAN & TUCKER, LLP
ALEJANDRO S. ANGULO

By:  _____ */s/ Alejandro S. Angulo* _____
Alejandro S. Angulo
Attorneys for Respondent
FUER YUAN

Rutan & Tucker, LLP
attorneys at law

3085/040389-0002
23743034.1 a05/05/26

-2-

RESPONDENT'S CERTIFICATE OF
COMPLIANCE RE ARTIFICIAL
INTELLIGENCE