KING & WOOD LLP

Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK, LLP

Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner Industrial Bank Co., Ltd. Shenzhen Branch*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br><br>Petitioner,<br><br>v.<br><br>FUER YUAN,<br><br>Respondent. | Case No. 2:26-cv-01256-ODW-ADS<br><br>Judge: Otis D. Wright II<br><br>**DECLARATION OF BINYING ZHUANG IN SUPPORT OF PETITIONER INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH'S OPPOSITION TO RESPONDENT FUER YUAN'S MOTION TO (A) DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(1)), OR IN THE ALTERNATIVE, (B) QUASH SERVICE OF PROCESS (FRCP 12(b)(5))**<br><br>Date:    July 13, 2026<br>Time:    1:30 p.m.<br>Ctrm:    5D<br><br>Date Action Filed: February 7, 2026<br>Trial Date:    None Set |

- 1 -

I, Binying Zhuang, declare as follows:

1.     I am an employee in the Real Estate Business Department of Petitioner Industrial Bank Co., Ltd. Shenzhen Branch ("CIB"). I submit this declaration in support of CIB's Opposition to Respondent Fuer Yuan's Motion to (A) Dismiss for Lack of Personal Jurisdiction, or in the Alternative, (B) Quash Service of Process. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to them.

2.     In my role at CIB, I am responsible for the credit relationship concerning Respondent Yuan and his affiliated entities, including Shenzhen Hazens Real Estate Group Co., Ltd. ("Hazens Group") and Shenzhen Hazens Xinnan Investment Co., Ltd. ("Hazens Xinnan"). In that capacity, I reviewed and monitored the corporate filings, financial statements, and public disclosures of Hazens Group and its related entities, including their annual reports. The statements below are based on that review and on communications I conducted in the course of my duties.

3.     In or about April 2021, CIB learned that the ownership interests in the hotel assets in the United States, namely the three hotels owned by Metainfinity, Inc. ("Metainfinity," f/k/a Jia Yuan USA Co., Inc.), Metanova, LLC ("Metanova," f/k/a Hazens Investment, LLC), and San Yi US Investment Company, Inc. ("San Yi US," f/k/a Jia Jia US Investment Company, Inc.), were divested and transferred to Respondent Fuer Yuan's individual ownership.

4.     In or about April 2021, I reviewed Hazens Group's 2020 Annual Report and observed that the California hotels were no longer included. The hotel assets had been listed in Hazens Group's 2019 Annual Report but did not appear in the 2020 Annual Report.

5.     On April 30, 2021, I contacted Xiaojuan Weng, Senior Financing Manager of Hazens Holding Group (Shenzhen) Co., Ltd., on WeChat regarding the absence of the California hotels from Hazens Group's 2020 Annual Report. Xiaojuan

- 2 -

DECLARATION OF BINYING ZHUANG IN SUPPORT OF OPPOSITION TO YUAN'S MOTION TO DISMISS AND/OR QUASH SERVICE OF PROCESS

Weng served as the primary financing contact on the borrower's side for the loans guaranteed by Respondent Fuer Yuan, and was also the contact person designated under Yuan's Guarantee Agreements.

6. In response to my inquiry, Xiaojuan Weng confirmed that the hotels had been transferred to Respondent Fuer Yuan's personal ownership, and for that reason, the hotels had been removed from Hazens Group's Annual Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Shenzhen, China on June 22, 2026.

By: _____
Binying Zhuang

- 3 -

DECLARATION OF BINYING ZHUANG IN SUPPORT OF OPPOSITION TO YUAN'S MOTION TO DISMISS AND/OR QUASH SERVICE OF PROCESS