KING & WOOD LLP

Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK,
LLP

Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner Industrial
Bank Co., Ltd. Shenzhen Branch*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br><br>Petitioner,<br><br>v.<br><br>FUER YUAN,<br><br>Respondent. | Case No. 2:26-cv-01256-ODW-ADS<br><br>Judge: Otis D. Wright II<br><br>**DECLARATION OF YIREN YU IN SUPPORT OF PETITIONER INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH'S OPPOSITION TO RESPONDENT FUER YUAN'S MOTION TO (A) DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(1)), OR IN THE ALTERNATIVE, (B) QUASH SERVICE OF PROCESS (FRCP 12(b)(5))**<br><br>Date:      July 13, 2026<br>Time:      1:30 p.m.<br>Ctrm:      5D<br><br>Date Action Filed: February 7, 2026<br>Trial Date:      None Set |

- 1 -

DECLARATION OF YIREN YU IN SUPPORT OF OPPOSITION TO YUAN'S MOTION TO DISMISS AND/OR
QUASH SERVICE OF PROCESS

I, Yiren Yu, hereby declare and state as follows:

1.     I am an attorney duly admitted to practice law in the State of California and am an associate at King & Wood LLP, counsel of record for Petitioner Industrial Bank Co., Ltd. Shenzhen Branch ("Petitioner" or "CIB") in the above-captioned matter. I make this declaration in support of Petitioner's Opposition to Respondent Fuer Yuan's Motion to Dismiss and/or Quash Service of Process.

2.     I submit this declaration to authenticate the documents attached hereto as Exhibits A through M, which are referenced in Petitioner's Opposition and which I have obtained in the course of my representation of CIB in this matter.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the Non-Prosecution Agreement dated October 5, 2020, entered into between the United States Attorney's Office for the Central District of California and Jia Yuan USA Co., Inc. (now known as Metainfinity, Inc.), signed by Fuer Yuan as "Chairman," including the Statement of Facts attached thereto.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the Rights Offering Prospectus of Legend Strategy International Holdings Group Company Limited, dated March 5, 2025, registered with the Hong Kong Companies Registry.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the Deed of Trust executed by Metainfinity, Inc. (f/k/a Jia Yuan USA Co., Inc.) in favor of CITIC Bank (International) Limited in the amount of $190,000,000, dated May 2018, signed by Fuer Yuan.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the Revolving Line of Credit Deed of Trust executed by Metainfinity, Inc. in favor of East West Bank, dated June 2019, signed by Fuer Yuan.

7.     Attached hereto as **Exhibit E** is a true and correct copy of the Deed of Trust executed by Metanova, LLC (f/k/a Hazens Investment, LLC) in favor of Wing

- 2 -

DECLARATION OF YIREN YU IN SUPPORT OF OPPOSITION TO YUAN'S MOTION TO DISMISS AND/OR QUASH SERVICE OF PROCESS

Lung Bank Limited in the amount of $55,000,000, dated October 2013, signed by Fuer Yuan as the Manager of Metanova, LLC.

8.     Attached hereto as **Exhibit F** is a true and correct copy of the $20,000,000 Revolving Line of Credit for Metanova, LLC with Wing Lung Bank Limited, dated May 2016, signed by Fuer Yuan as Manager of Metanova, LLC.

9.     Attached hereto as **Exhibit G** is a true and correct copy of the Amendment to the Metanova, LLC loan with Wing Lung Bank Limited, dated November 2018, signed by Fuer Yuan as Manager of Metanova, LLC.

10.    Attached hereto as **Exhibit H** is a true and correct copy of the 2023 Statement of Information for Metainfinity, Inc. filed with the California Secretary of State, listing Fuer Yuan as Chief Executive Officer and Chief Financial Officer.

11.    Attached hereto as **Exhibit I** is a true and correct copy of the 2023 Statement of Information for San Yi US Investment Company, Inc. (f/k/a Jia Jia US Investment Company, Inc.) filed with the California Secretary of State, listing Fuer Yuan as Chief Executive Officer and Chief Financial Officer.

12.    Attached hereto as **Exhibit J** are true and correct copies of interspousal transfer grant deeds and quit claim deeds executed by Fuer Yuan transferring his interests in real property to Celia Wen Sun and/or Weiqing Rao, including but not limited to properties located in California and Washington.

13.    Petitioner served the petition on Respondent Fuer Yuan by several methods, as reflected in the Proofs of Service.

14.    First, copies of the petition were left at 135 E. Live Oak Avenue, Arcadia, California 91006, the office of Yuan's California entities.

15.    Second, copies of the petition were mailed to Yuan's last known addresses, including: (i) 980 Winston Avenue, San Marino, California 91108; (ii) Duplex B, No. 7 Cambridge Road, Kowloon, Hong Kong; (iii) Flat A, 20/F, Tower 5, The Coronation, 1 Yau Cheung Road, Kowloon, Hong Kong SAR; (iv) Flat B, 20/F,

DECLARATION OF YIREN YU IN SUPPORT OF OPPOSITION TO YUAN'S MOTION TO DISMISS AND/OR QUASH SERVICE OF PROCESS

Tower 5, The Coronation, 1 Yau Cheung Road, Kowloon, Hong Kong SAR; (v) Unit 801, Building 1, Hazens Zhidi Mansion, 3022 Qiaoxiang Road, Futian District, Shenzhen; and (vi) Room 203, Building 18, Ningshui Garden, Yanhe North Road, Luohu District, Shenzhen.

16.     Third, copies of the petition were delivered by post to the addresses that Yuan designated as his addresses in the Guarantee Agreements, including: (i) 5th Floor, Building C, Hazens Mingyuan, 16 Xinwen Road, Futian District, Shenzhen, (Yuan's residential address as stated in the Guarantee Agreements); and (ii) 5th Floor, Phase 2, Hazens Mingyuan, intersection of Xinwen Road and Jingtian Road, Futian District, Shenzhen (the address designated by Yuan as his service address in the Guarantee Agreements).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: June 22, 2026

Respectfully submitted,

By:   /s/ *Yiren Yu*
         Yiren Yu

- 4 -
DECLARATION OF YIREN YU IN SUPPORT OF OPPOSITION TO YUAN'S MOTION TO DISMISS AND/OR QUASH SERVICE OF PROCESS