# EXHIBIT J

BA20230501532

B1616-9419  03/23/2023  3:43 PM  Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20230501532 |
| Date Filed: 3/23/2023 |

| Entity Details | |
| --- | --- |
| Corporation Name | JIA YUAN USA CO., INC. |
| Entity No. | 3676788 |
| Formed In | DELAWARE |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 135 E LIVE OAK AVE<br>ARCADIA, CA 91006 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 135 E LIVE OAK AVE<br>ARCADIA, CA 91006 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 135 E LIVE OAK AVE<br>ARCADIA, CA 91006 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| FUER YUAN | 135 E LIVE OAK AVE<br>ARCADIA, CA 91006 | Chief Executive Officer, Chief Financial Officer |
| Teddy Yang | 135 E Live Oak Ave<br>Arcadia, CA 91006 | Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | TEDDY YANG |
| Agent Address | 135 E LIVE OAK AVE<br>ARCADIA, CA 91006 |

| Type of Business | |
| --- | --- |
| Type of Business | REAL ESTATE INVESTMENT |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒   By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Teddy Yang*

Signature

*03/23/2023*

Date

B1616-9420  03/23/2023  3:43 PM Received by California Secretary of State