# EXHIBIT L

Whatcom County, WA
Total: $305.50   Pgs=3
DEED
Request of:   FIRST AMERICAN TITLE KING COUNTY
eRecorded by: Simplifile

**2024-0601851**
06/25/2024 02:23 PM

When recorded return to:
Celia Wen Sun
980 Winston Ave, San Marino, CA, 91108

# QUIT CLAIM DEED

THE GRANTOR(S) : Fuer Yuan ( Spouse of the grantee)

for and in consideration of to establish separate property

in hand paid, conveys and quit claims to Celia Wen Sun (a Married Women as her sole and separate property)

the following described real estate, situated in the County of  Whatcom , State of Washington

together with all after acquired title of the grantor(s) herein:

PARCEL A:

UNIT NOS.207 AND 308, THE CHATEAUX AT GARDEN GREEN CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, RECORDED UNDER AUDITOR'S FILE NO. 2121202992 AND ANY AMENDMENTS THERETO, RECORDS OF WHATCOM COUNTY, WASHINGTON.

SITUATE IN WHATCOM COUNTY, WASHINGTON.

PARCEL B:

A 50-FOOT ACCESS AND UTILITY EASEMENT AS DELINEATED ON MABERRY, DIVISION NO.8 LOT LINE ADJUSTMENT, ACCORDING TO THE PLAT THEREOF, RECORDED JUNE 4, 2008, UNDER AUDITOR'S FILE NO.2080600559, RECORDS OF WHATCOM COUNTY, WASHINGTON.

SITUATE IN WHATCOM COUNTY, WASHINGTON.

Abbreviated Legal:  (Required if full legal not inserted above.)

UNIT NOS.207&308, THE CHATEAUX AT GARDEN GREEN CONDOMINIUM

Tax Parcel Number(s): 176256-4003173093590007
176273-4003173093590024

LPB 12-05(i) rev. 07.2021
Page 1 of 2

EX 275910 - 06/25/2024 - $10.00 - First American Title King County via SIMPLIFILE

Dated: 06/12/2024



FUER YUAN

State of _CALIFORNIA_

County of _Los Angeles_

This record was acknowledged before me on (_6/12/2024_) by ( FUER YUAN ).

(Stamp)

(Signature of notary public)

(Title of office) NOTARY PUBLIC
My commission expires: OCT. 2, 2024

(date)

> MICHAEL CHU
> Notary Public - California
> Los Angeles County
> Commission # 2334712
> My Comm. Expires Oct 2, 2024

**CALIFORNIA ACKNOWLEDGMENT**                                           **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ *Los Angeles* }

On *June 12, 2024* before me, _____ *MICHAEL CHU, NOTARY PUBLIC*
      Date                                    *Here Insert Name and Title of the Officer*

personally appeared _____ *Fu ER YUAN* _____
                                *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MICHAEL CHU
Notary Public - California
Los Angeles County
Commission # 2334712
My Comm. Expires Oct. 2, 2024

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                           *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

————————————— **OPTIONAL** —————————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ *Quit Claim Deed*

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____     Signer's Name: _____
☐ Corporate Officer – Title(s): _____     ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General     ☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact     ☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator     ☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____     ☐ Other: _____
Signer is Representing: _____     Signer is Representing: _____

©2019 National Notary Association

# Title documents

**This page is part of your document - DO NOT DISCARD**



# 20131741630



**Pages:**
**0008**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**12/10/13 AT 08:00AM**

| | |
|---|---|
| FEES: | 60.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 60.00 |

**PCOR SURCHARGE $20.00**



**L E A D S H E E T**



**201312100130010**

**00008637377**



**005930251**

**SEQ:**
**20**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

E404771

t18

RECORDING REQUESTED BY:

Order No.
Escrow No
Parcel No. 5331-012-025

AND WHEN RECORDED MAIL TO:

WEN SUN
980 WINSTON AVENUE
SAN MARINO, CA 91108

NA

12/10/2013

*20131741630*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# INTERSPOUSAL TRANSFER GRANT DEED
### (Excluded from reappraisal under California Constitution Act 13 A 1.et.seq )

DOCUMENTARY TRANSFER TAX $NONE

This is an Interspousal Transfer and not a change in ownership under §63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from reappraisal:

- ☐ From Joint Tenancy to Community Property
- ☐ From One Spouse to Both Spouses
- ☒ From One Spouse to the Other Spouse
- ☐ From Both Spouses to the Other Spouse
- ☒ Other:  **"IT IS THE EXPRESS INTENT OF THE GRANTOR, BEING THE SPOUSE OF THE GRANTEE, TO CONVEY ALL RIGHT, TITLE AND INTEREST OF THE GRANTOR, COMMUNITY OR OTHERWISE, IN AND TO THE HEREIN DESCRIBED PROPERTY TO THE GRANTEE AS HER SOLE AND SEPARATE PROPERTY, R & T 11911."**

SIGNATURE OF DECLARANT OR AGENT DETERMINING TAX  FIRM NAME

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, GRANTOR
**FU ER YUAN, HUSBAND OF THE GRANTEE**

hereby GRANTS to **WEN SUN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**

the real property in the City of **San Marino**, County of **Los Angeles**, State of **California**:

COMPLETE LEGAL DESCRIPTION:  SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

PROPERTY COMMONLY KNOWN AS: 980 WINSTON AVENUE, SAN MARINO, CA 91108

Dated    November 12, 2013

FU ER YUAN

RECORDER'S MEMO:
LEGIBLE COPY ATTACHED HERETO

ACCOMMODATION
This Document delivered to Recorder
as an accommodation only at the
express request of the parties hereto.
It has not been examined as to
its effect or validity.

Mail Tax Statements to SAME AS ABOVE or Address Noted Below

STATE OF CALIFORNIA                    }
                                       }S.S
COUNTY OF _Los Angeles_                }

On _NOV. 26, 2013_, before me, _MASOUD MINARAVESH_, Notary Public,
personally appeared _FUED YUAN_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____    (Seal)

MASOUD MINARAVESH
Commission # 1971625
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2016

4

# EXHIBIT "A"

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Lot 74 of Tract No. 9884, in the City of San Marino, County of Los Angeles, State of California, as per map recorded in Book 155, Pages 49 and 50 of Maps, in the Office of the County Recorder of said County.

EXCEPT therefrom that portion thereof lying Northerly of a line extending Easterly from a point in the Westerly line of said Lot, distant Southerly thereon 2.28 feet from the Northwesterly corner of said Lot, to the Northeast corner of said Lot 74.

Assessor's Parcel No: 5331-012-025

5



Government Code 27361.7

Under the provisions of Government Code 27361.7, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached document:

**Place of Execution :** <u>**LOS ANGELES**</u>

**SPL, Inc. as agent**

<u>**Signature**</u>

**Date:** <u>12</u> , <u>9</u> , <u>13</u>

RECORDING REQUESTED BY:

Order No.
Escrow No.
Parcel No. **5331-012-025**

**AND WHEN RECORDED MAIL TO:**

**WEN SUN**
**980 WINSTON AVENUE**
**SAN MARINO, CA  91108**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# INTERSPOUSAL TRANSFER GRANT DEED

(Excluded from reappraisal under California Constitution Act 13 A 1.et.seq.)

DOCUMENTARY TRANSFER TAX $<u>NONE</u>

This is an Interspousal Transfer and not a change in ownership under §63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from reappraisal:

☐   From Joint Tenancy to Community Property
☐   From One Spouse to Both Spouses
☒   From One Spouse to the Other Spouse
☐   From Both Spouses to the Other Spouse
☒   Other:   **"IT IS THE EXPRESS INTENT OF THE GRANTOR, BEING THE SPOUSE OF THE GRANTEE, TO CONVEY ALL RIGHT, TITLE AND INTEREST OF THE GRANTOR, COMMUNITY OR OTHERWISE, IN AND TO THE HEREIN DESCRIBED PROPERTY TO THE GRANTEE AS HER SOLE AND SEPARATE PROPERTY, R & T 11911."**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, GRANTOR
**FU ER YUAN, HUSBAND OF THE GRANTEE**

hereby GRANTS to **WEN SUN, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**

the real property in the City of **San Marino**, County of **Los Angeles**, State of **California**:

COMPLETE LEGAL DESCRIPTION:   SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

PROPERTY COMMONLY KNOWN AS: 980 WINSTON AVENUE, SAN MARINO, CA  91108

Dated   November 12, 2013

ACCOMMODATION
This Document delivered to Recorder as an accommodation only at the express request of the parties hereto. It has not been examined as to its effect or validity.

**FU ER YUAN**

Mail Tax Statements to: SAME AS ABOVE or Address Noted Below

7

STATE OF CALIFORNIA       }
                               }S.S.

COUNTY OF _____         }

On _____, before me, _____, Notary Public,
personally appeared _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


Signature _____    (Seal)

# EXHIBIT "A"

All that certain real property situated in the County of Los Angeles, State of California, described as follows:

Lot 74 of Tract No. 9884, in the City of San Marino, County of Los Angeles, State of California, as per map recorded in Book 155, Pages 49 and 50 of Maps, in the Office of the County Recorder of said County.

EXCEPT therefrom that portion thereof lying Northerly of a line extending Easterly from a point in the Westerly line of said Lot, distant Southerly thereon 2.28 feet from the Northwesterly corner of said Lot, to the Northeast corner of said Lot 74.

Assessor's Parcel No: 5331-012-025

# Title documents




**This page is part of your document - DO NOT DISCARD**



# 20131704858



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**12/03/13 AT 08:00AM**

Pages:
0003

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 25.00 |



**LEADSHEET**



201312030180005

00008611217



005918009

**SEQ:
05**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**        R27



E497020



12/03/2013

*20131704858*

RECORDING REQUESTED BY:
TITLE 365

AND WHEN RECORDED MAIL TO:

Wen Sun
879 Michigan Blvd  #L
Pasadena, Ca 91107

THIS SPACE FOR RECORDER'S USE ONLY

| Title Order No.: 310-1318824-30 | Escrow No.: 316191-JJ |
|---|---|

**INTERSPOUSAL TRANSFER GRANT DEED**

(Excluded from reappraisal under California Constitution Article 13 A Section 1 et seq )

DOCUMENTARY TRANSFER TAX is $NONE

[X]    computed on full value of property conveyed, or
[ ]    computed on full value less value of liens or encumbrances remaining at time of sale
[X ]    is exempt from imposition of the Documentary Transfer Tax pursuant to Revenue and Taxation Code Section 11927(a), on transferring community, quasi- community, or quasi-marital property, assets between spouses pursuant to a judgment, and order, or a written agreement between spouses in contemplation of any such judgment or order.
[X]    A creation, transfer, or termination, solely between spouses, of any co-owner's interest

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**FU ER YUAN, spouse of grantee**

hereby GRANT(s) to

Signature of Declarant or Agent determining Tax, First Name

**WEN SUN, a Married Woman as her sole and separate property**

the real property in the City of Pasadena, County of Los Angeles, State of California, described as
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as   879 Michigan Boulevard #L, Pasadena, CA  91107
A P  # 5378-011-031

**DATED November 18, 2013**
STATE OF CALIFORNIA
COUNTY OF *LOS ANGELES*                                    Fu Er Yuan

On *NOV. 26, 2013*
before me, *MASOUD MINARAVEJH*
A Notary Public personally appeared
*FUER YUAN*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct
WITNESS my hand and official seal

MASOUD MINARAVESH
Commission # 1971625
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2016

Signature                                                  (Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW, IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE

THIS CONVEYANCE ESTABLISHES SOLE AND SEPARATE PROPERTY OF A SPOUSE, R & T 11911

EXHIBIT "A"

The land referred to in this Report is situated in the County of Los Angeles, State of California, and is described as follows

A CONDOMINIUM COMPRISED OF·

PARCEL 1·

UNIT NO. 12, AS SHOWN AND DEFINED IN THE CONDOMINIUM PLAN RECORDED MARCH 25, 2009 AS INSTRUMENT NO. 20090425275 OF OFFICIAL RECORDS OF LOS ANGELES COUNTY, CALIFORNIA, WHICH PLAN CONCERNS LOT 1 OF TRACT NO. 61375, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP IN BOOK 1353, PAGE(S) 77 OF 78 MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE ENTRY

PARCEL 2:

AN UNDIVIDED 1/20TH INTEREST AS TENANTS IN COMMON IN THE FEE INTEREST IN AND TO THE COMMON AREA OF LOT 1 OF TRACT NO. 61375, AS SUCH TERM IS DEFINED IN THE ARTICLE ENTITLED "DEFINITIONS" OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESERVATION OF EASEMENTS FOR HUNTINGTON BELMONT RECORDED MARCH 25, 2009 AS INSTRUMENT NO. 20090425275 OF OFFICIAL RECORDS OF SAID COUNTY

RESERVING THEREFROM EASEMENTS, AS SUCH EASEMENTS ARE SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF EASEMENTS, AND ANY NOW OR HEREAFTER RECORDED AMENDMENTS THERETO

PARCEL 3:

NONEXCLUSIVE EASEMENTS FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1 AND 2 ABOVE, SUCH EASEMENTS ARE SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED MARCH 25, 2009 INSTRUMENT NO. 20090425276 OF OFFICIAL RECORDS OF SAID COUNTY, AND ANY NOW OR HEREAFTER RECORDED AMENDMENTS THERETO (THE "DECLARATION")

APN: 5378-011-045