KING & WOOD LLP
Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK, LLP
Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner Industrial Bank Co., Ltd. Shenzhen Branch*

RUTAN & TUCKER, LLP
Alejandro S. Angulo (State Bar #217823)
aangulo@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100

*Attorneys For Respondent Fuer Yuan*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br><br>Petitioner,<br><br>v.<br><br>FUER YUAN,<br><br>Respondent. | Case No. 2:26-cv-01256-ODW-ADS<br><br>Judge: Otis D. Wright II<br><br>**JOINT PROPOSED BRIEFING SCHEDULE REGARDING THE MERITS OF THE PETITION PURSUANT TO COURT ORDER**<br><br>Date Action Filed: February 7, 2026 |

Pursuant to the Court's October 7, 2026 Order Granting in Part Motion to Dismiss ("Order," Dkt. 23), Petitioner Industrial Bank Co., Ltd. Shenzhen Branch ("Petitioner" or "CIB") and Respondent Fuer Yuan ("Respondent" or "Yuan") [1] (together, the "Parties"), by and through their undersigned counsel, respectfully submit this joint proposed briefing schedule regarding the merits of CIB's Petition and Motion for Confirmation of Arbitral Awards ("Petition," Dkt. 1).

Petitioner has inquired and Respondent has confirmed that he will be opposing the Petition on at least the ground that he does not own the three hotels identified in the Order. As a result, Petitioner advises that it needs to move for limited discovery on the ownership issue (which Respondent will be opposing). Further, the parties have been informed that third parties will be moving to intervene on the grounds that they own the hotels at issue. The Parties therefore propose the schedule below, which allows the parties and the Court to address the motions for discovery and intervention that are forthcoming before merits briefing.

Counsel for the Parties met and conferred on October 14, 2026, and jointly propose the following schedule:

| **Event** | **Proposed Date** |
| --- | --- |
| Respondent to file his brief in opposition to the Petition (the "Opposition Brief"), if any | Friday, March 5, 2027 |
| Petitioner to file its reply brief in support of the Petition (the "Reply Brief"), if any | Friday, March 26, 2027 |

The Parties respectfully request that the Court enter the proposed schedule.

[1] By complying with the Court's order directing the parties to provide a briefing schedule on the merits of the Petition, Respondent does not waive and does not intend to waive his jurisdiction-based objections.

Dated: October 14, 2026

Respectfully submitted,
KING & WOOD LLP

By: <u>*/s/ Ge Yan*</u>

Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
KING & WOOD LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285
Facsimile: +1 650 858 1226

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK, LLP

Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner*
*Industrial Bank Co., Ltd. Shenzhen Branch*

Dated: October 14, 2026

RUTAN & TUCKER, LLP

By: */s/ Alejandro S. Angulo*

Alejandro S. Angulo (State Bar #217823)
aangulo@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100

*Attorneys For Respondent Fuer Yuan*

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Ge Yan*
Yan Ge