**NORTON ROSE FULBRIGHT US LLP**
BRIAN SUN (BAR NO. 89410)
ABRAHAM CHANG (*pro hac vice forthcoming*)
ALEX SCANDROLI (BAR NO. 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
brian.sun@nortonrosefulbright.com
abraham.chang@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

**LIANG LY LLP**
JASON LIANG (BAR NO. 251235)
CINDY LEE (BAR NO. 358253)
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8002
Facsimile: (213) 335-7776
jliang@lianglyllp.com
clee@lianglyllp.com

Attorneys for Proposed Intervenor CELIA WEN SUN, AS TRUSTEE OF THE YAEN IRREVOCABLE TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,

Petitioner,

v.

FUER YUAN,

Respondent.

Case No. 2:26-cv-01256-ODW(ADSx)

**DECLARATION OF ALEX SCANDROLI IN SUPPORT CELIA WEN SUN'S, AS TRUSTEE OF THE YAEN IRREVOCABLE TRUST, MOTION TO INTERVENE**

*[Filed concurrently with Notice of Motion and Motion; and [Proposed] Order]*

Date: December 7, 2026
Time: 1:30 p.m.
Courtroom: 5D
Judge: Hon. Otis D. Wright II

# DECLARATION OF ALEX SCANDROLI

I, Alex Scandroli, declare as follows:

1. I am an attorney licensed to practice in the State of California and am an Associate at the law firm of Norton Rose Fulbright US LLP, counsel of record for Celia Wen Sun ("Sun" or "Proposed Intervenor"), as trustee of the YAEN Irrevocable Trust (the "Trust"). I submit this declaration in support of Proposed Intervenor's Motion to Intervene (the "Motion"). All facts contained herein are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. On October 15, 2026, I, together with co-counsel Cindy Lee of Liang Ly LLP, met and conferred by videoconference with counsel for Petitioner Industrial Bank Co., Ltd. Shenzhen Branch ("Petitioner") at King & Wood LLP regarding the Motion and the grounds for the Motion. Counsel for Petitioner agreed that the conference satisfied the requirements of Local Rule 7-3 as to the Motion and would provide its position as soon as possible. Although counsel for Petitioner did not confirm whether it would oppose the Motion at the conference, Petitioner subsequently filed a case management conference statement on October 20, 2026 in the related California state court proceeding captioned: *Industrial Bank Co., Ltd. Shenzhen Branch v. Celia Wen Sun et al.*, Los Angeles Superior Court Case No. 26STCV04248 (the "State Action"). In that statement, Petitioner noted Proposed Intervenor's forthcoming Motion and stated "while Plaintiff has not yet seen these motions it does not presently believe they have a strong basis and anticipates vigorously opposing them." Attached hereto as **Exhibit 1** is a true and correct copy of the case management conference statement Petitioner filed.

3. On October 13, 2026, co-counsel and lead partners for Proposed Intervenor, Jason Liang of Liang Ly LLP and Abraham Chang of Norton Rose Fulbright US LLP, conferred with counsel for Respondent Fuer Yuan ("Fuer Yuan") at Rutan & Tucker, LLP by videoconference regarding the Motion. During

that conference, Yuan's counsel stated that Yuan does not oppose the Motion and intends to join in the Motion. Mr. Liang confirmed this position to me via email.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Petitioner's Complaint filed on February 6, 2026 in the State Action.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the June 20, 2022 Supplemental Framework Agreement for Equity Acquisition between Rao Yuan (Fuer Yuan's son), Shenzhen Jiayuan, Shenzhen Hezheng Real Estate Group Co., Ltd., Jia Yuan Holdings Company Ltd., Hezheng Holdings Company Ltd., and Hejia Investment Ltd. (the "Supplemental Framework Agreement"). The Supplemental Framework Agreement refers to and amends the December 24, 2019 Equity Acquisition Framework Agreement, under which Rao received 100% of the equity held in Hazens Investment, LLC (now Metanova, LLC), Jiyuan USA Co., Inc. (now Metainfinity, Inc.), and Jia Yuan Holdings Company Ltd. (the owner of San Yi Funding Company Ltd.). **Exhibit 3** contains both the original Mandarin copy and a certified translation of that copy.

6. Attached hereto as **Exhibit 4** are true and correct copies of the December 2019 Board Resolutions of the Jia Yuan Holdings Company Limited, Hezheng Holdings Company Limited, and Hejia Investment Limited resolving to transfer to Rao Yuan 100% of the equity interests in San Yi Funding Company, LLC, Hazens Investment, LLC, and Hazens Rosemead, LLC. **Exhibit 4** contains both the original Mandarin copies and a certified translation of those copies.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the May 2020 Gift Agreement between Rao Yuan and Fuer Yuan. **Exhibit 4** contains both the original Mandarin copy and a certified translation of that copy.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the YAEN Irrevocable Trust Agreement dated January 12, 2021, between Fuer Yuan, as Grantor, and Sun, as trustee and beneficiary.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the

Certification of Trust for the YAEN Irrevocable Trust 2021.

10. Attached hereto as **Exhibit 8** are true and correct copies of (a) the Assignment of Stock Certificates of Jia Yuan USA Co., Inc., by which Yuan assigned all of his shares in Jia Yuan USA Co., Inc. (now Metainfinity, Inc.) to the Trust; (b) the Assignment of Membership Interest in Hazens Investment, LLC (now Metanova, LLC), by which Yuan assigned all of his right, title, and membership interest in Hazens Investment, LLC to the Trust; and (c) the Assignment of Limited Liability Company of Interest of San Yi Funding Company, LLC, by which San Yi Funding Company assigned 100% of the limited liability interests in the company to the Sun, as trustee of the Trust.

I declare under penalty of perjury under the laws of the states of California that the foregoing is true and correct.

Executed this 2nd day of November, 2026 at Los Angeles, California.

ALEX SCANDROLI