# EXHIBIT 2

**CM-110**

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 236566
NAME: Yan Ge
FIRM NAME: King & Wood LLP
STREET ADDRESS: 2500 Sand Hill Road, Suite 111
CITY: Menlo Park STATE: CA ZIP CODE: 94025
TELEPHONE NO.: +1 650 858 1285 FAX NO.: +1 650 858 1226
EMAIL ADDRESS: geyan@cn.kingandwood.com
ATTORNEY FOR *(name)*: Plaintiff, Industrial Bank Co., Ltd. Shenzhen Branch

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Industrial Bank Co., Ltd. Shenzhen Branch
DEFENDANT/RESPONDENT: Celia Wen Sun et al.

**CASE MANAGEMENT STATEMENT**

***(Check one):*** [X] **UNLIMITED CASE** (Amount demanded exceeds $35,000) [ ] **LIMITED CASE** (Amount demanded is $35,000 or less)

CASE NUMBER: 26STCV04248

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: November 4, 2026 Time: 8:30:00 AM Dept.: 733 Div.: Civil Room: 733

Address of court *(if different from the address above)*:

[X] **Notice of Intent to Appear by Telephone, by *(name)*:** Ellis E. Herington, Yiren Yu

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [X] This statement is submitted by party *(name)*: Plaintiff, Industrial Bank Co., Ltd. Shenzhen Branch
   b. [ ] This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: February 6, 2026
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [X] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not)*:
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served)*:

4. **Description of case**
   a. Type of case in [X] complaint [ ] cross-complaint *(Describe, including causes of action)*:
   Plaintiff brings this action to avoid and recover fraudulent transfers by which non-party debtor Fuer Yuan conveyed real property, funds, and his interests in the entity Defendants to Defendant Sun, asserting claims under the UVTA (actual and constructive) and common law, and for constructive trust, civil conspiracy, aiding and abetting, and unjust enrichment.

**CM-110**

| PLAINTIFF/PETITIONER: Industrial Bank Co., Ltd. Shenzhen Branch<br>DEFENDANT/RESPONDENT: Celia Wen Sun et al. | CASE NUMBER:<br>26STCV04248 |
|---|---|

4\. b. Provide a brief statement of the case, including any damages *(if personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings; if equitable relief is sought, describe the nature of the relief):*
CIB seeks damages equal to the value of the fraudulently transferred assets, punitive damages, attorneys' fees, and pre- and post-judgment interest. Equitable relief sought includes avoidance of the transfers, imposition of a constructive trust over the transferred assets, and injunctive relief restraining their further transfer or disposition.

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5\. **Jury or nonjury trial**

The party or parties request ☒ a jury trial ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6\. **Trial date**

a. ☐ The trial has been set for *(date):*

b. ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
November 16-21, 2026 (Hearing scheduled in an arbitration proceeding)
April 26-30, 2027 (Hearing scheduled in an arbitration proceeding)

7\. **Estimated length of trial**

The party or parties estimate that the trial will take *(check one)*

a. ☒ days *(specify number):* 5 to 7 days

b. ☐ hours (short causes) *(specify):*

8\. **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:

a. Attorney:
b. Firm:
c. Address:
d. Telephone number:
e. Email address:
f. Fax number:
g. Party represented:

☐ Additional representation is described in Attachment 8.

9\. **Preference**

☐ This case is entitled to preference *(specify code section):*

10\. **Alternative dispute resolution (ADR)**

a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

(1) For parties represented by counsel: Counsel ☐ has ☒ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2) For self-represented parties: Party ☐ has ☐ has not reviewed the ADR information package identified in rule 3.221.

b. **Referral to judicial arbitration or civil action mediation** (if available).

(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| PLAINTIFF/PETITIONER: Industrial Bank Co., Ltd. Shenzhen Branch<br>DEFENDANT/RESPONDENT: Celia Wen Sun et al. | CASE NUMBER:<br>26STCV04248 |
|---|---|

10. c. In the table below, indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for (*date*):<br>☐ Agreed to complete mediation by (*date*):<br>☐ Mediation completed on (*date*): |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for (*date*):<br>☐ Agreed to complete settlement conference by (*date*):<br>☐ Settlement conference completed on (*date*): |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for (*date*):<br>☐ Agreed to complete neutral evaluation by (*date*):<br>☐ Neutral evaluation completed on (*date*): |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for (*date*):<br>☐ Agreed to complete judicial arbitration by (*date*):<br>☐ Judicial arbitration completed on (*date*): |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for (*date*):<br>☐ Agreed to complete private arbitration by (*date*):<br>☐ Private arbitration completed on (*date*): |
| (6) Other (*specify*): | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for (*date*):<br>☐ Agreed to complete ADR session by (*date*):<br>☐ ADR completed on (*date*): |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Industrial Bank Co., Ltd. Shenzhen Branch<br>DEFENDANT/RESPONDENT: Celia Wen Sun et al. | CASE NUMBER:<br>26STCV04248 |

11. **Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

12. **Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

13. **Related cases, consolidation, and coordination**

a. ☒ There are companion, underlying, or related cases.

(1) Name of case: Industrial Bank Co., Ltd. Shenzhen Branch v. Yuan

(2) Name of court: United States District Court, Central District of California

(3) Case number: 2:26-cv-01256-ODW-ADS

(4) Status: Pending

☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

14. **Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

15. **Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

16. **Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| Industrial Bank Co., Ltd. Shenzhen Branch | document production and supplemental responses | Early 2027 |
| Defendants | document production and supplemental responses | Early 2027 |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CM-110**

| | |
|---|---|
| PLAINTIFF/PETITIONER: Industrial Bank Co., Ltd. Shenzhen Branch<br>DEFENDANT/RESPONDENT: Celia Wen Sun et al. | CASE NUMBER:<br>26STCV04248 |

17. **Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $35,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**

☒ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*
During the parties' meet and confer, Defendants stated that they anticipate moving to intervene in the federal case and to stay the state case pending its resolution. While Plaintiff has not yet seen these motions it does not presently believe they have a strong basis and anticipates vigorously opposing them.

19. **Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☒ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*
Defendants will continue to collect, search and review documents, and the parties will work through search-term protocols for Defendants' production and Plaintiff's production of certain WeChat records. The parties are continuing to meet and confer regarding a mutual extension of outstanding discovery deadlines.

20. Total number of pages attached *(if any):* ____________

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: October 20, 2026

Yan Ge ▶ Yan Ge

(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY)

▶

(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.