# EXHIBIT 3

Nov 2nd, 2026

# Certification of Translation

# 翻译证书

TRANSLATOR'S DECLARATION:

My name is Ming Ren. I am a US citizen over the age of 21. I have a master's degree in Conference Interpretation. I hold a Basic Court Interpreter License (Mandarin Chinese) from Texas Office of Court Administration Judicial Branch Certification Commission (License Number: LCI-2583). I have taught courses in translation at the Middlebury Institute of International Studies, the University of Nottingham Ningbo Campus, and New York University.

I hereby declare the following:

I possess advanced knowledge of the Chinese and English languages. The attached Chinese to English translation has been translated by me and, to the best of my knowledge and belief, is a true and accurate translation of: *Supplemental Agreement to the Equity Acquisition Framework Agreement*

译者声明：

我的名字叫 Ming Ren，我是年满 21 岁或以上的美国公民。我持有会议口译硕士学位。我持有由德克萨斯州法院行政管理办公室司法部门认证委员会颁发的普通级法庭口译员（中文普通话）执照（执照号码 LCI-2583）。我曾在明德国际研究学院、诺丁汉大学宁波校区和纽约大学教授翻译课程。

本人特此声明如下：

我拥有丰富的中文和英文知识。所附的中文译到英文的译文是我翻译的，据我所知和所信，是以下内容的真实、准确翻译： *Supplemental Agreement to the Equity Acquisition Framework Agreement*

Ming Ren

Ming Ren
Interpreter & Translator
Email: nancymingren@gmail.com
Phone: 831-242-0108

**Supplemental Agreement to the Equity Acquisition Framework Agreement**

Party A (Transferors):

Party A-1: Shenzhen Jiayuan Group Co., Ltd.

Party A-2: Shenzhen Hezheng Real Estate Group Co., Ltd.

Party A-3: Jia Yuan Holdings Company Limited

Party A-4: Hezheng Holdings Company Limited

Party A-5: Hejia Investment Limited

(Party A-1, Party A-2, Party A-3, Party A-4 and Party A-5 are collectively referred to as "Party A.")

Party B (Acquirer): Rao Yuan Identity Card No.: 440301198907080813

Address: Section B-24, Chunshui'an, No.1 Xiangshanzhongjie Street, Nanshan District, Shenzhen City, Guangdong Province.

Whereas Party A and Party B signed the *Equity Acquisition Framework Agreement* on December 24, 2019, under which the total consideration for Party B's acquisition of 100% of the equity interests in the five target companies held by Party A was USD 299.70 million. Party A and Party B, following friendly consultations, hereby enter into this supplemental agreement concerning payment of the total equity transfer consideration as follows:

I. Party A and Party B confirm: As of June 17, 2022, Party B had paid USD 83.20 million of the total equity transfer consideration through a designated bank account into the bank accounts of Party A-3 and Party A-4. Party A-4 and Party A-3 have respectively transferred 100% of the equity interests in Target Company 1 (Hazens Investment, LLC) and Target Company 2 (Jiayuan USA Co., Inc.) into the name of Mr. Yuan Fu'er (Identity Card No.: 362201196303230814), designated by Party B.

II. To facilitate Party A-2's receipt of the equity transfer consideration, both parties agree that Central Win Investment Limited ("Central Win Company"), designated by Party B, shall acquire 49% of the equity interest in Shenzhen Fumin Hejian Investment Co., Ltd. ("Fumin Hejian") held by Party A-2, and shall sign the *Equity Transfer Agreement*, with an equity transfer price of USD 140.00 million, and shall complete the relevant approval and filing procedures accordingly. Party A and Party B confirm:

1. The 49% equity interest in Fumin Hejian held by Central Win Company is in fact held on behalf of Party A-2, all investment returns attributable to such equity interest shall belong to Party A-2, and Central Win Company shall not enjoy any income rights or disposal rights; if a shareholder's meeting resolution is needed to be issued by Fumin Hejian's shareholders due to business operational needs, Central Win Company shall cooperate.

2. The equity transfer consideration paid by Central Win Company to Party A-2 for the 49% equity interest in Fumin Hejian pursuant to the *Equity Transfer Agreement* shall, in substance, constitute Party B's performance of its obligation to pay Party A the total equity transfer consideration stipulated in Articles 2 and 3 of the *Equity Acquisition Framework Agreement*.

III. This *Supplemental Agreement* supplements and amends the *Equity Acquisition Framework Agreement*. In the event of any inconsistency between this *Supplemental Agreement* and the *Equity Acquisition Framework Agreement*, this *Supplemental Agreement* shall prevail.

IV. This *Supplemental Agreem*ent is made in six copies, with Party A-1, Party A-2, Party A-3, Party A-4, Party A-5 and Party B each retain one copy. It shall become effective on the date it is signed by both parties, and each copy shall have the same legal effect.

(No further substantive text below.)

**(Signature page of the Supplemental Agreement to the Equity Acquisition Framework Agreement)**

Party A-1: Shenzhen Jiayuan Group Co., Ltd. (seal affixed)

[Seal: Shenzhen Jiayuan Group Co., Ltd.]

Party A-2: Shenzhen Hezheng Real Estate Group Co., Ltd. (seal affixed)

[Seal: Shenzhen Hezheng Real Estate Group Co., Ltd.]

Party A-3: Jia Yuan Holdings Company Limited (seal affixed)

[Seal: For and on behalf of Jia Yuan Holdings Company Limited]

[Handwritten signature: Illegible signature] Authorized Signature(s)

Party A-4: Hezheng Holdings Company Limited (seal affixed)

[Seal: For and on behalf of Hezheng Holdings Company Limited]

[Handwritten signature: Illegible signature] Authorized Signature(s)

Party A-5: Hejia Investment Limited (seal affixed)

[Seal: For and on behalf of Hejia Investment Limited]

[Handwritten signature: Illegible signature] Authorized Signature(s)

Party B: Rao Yuan

Signature: [Handwritten signature]

Confirming Party: Central Win Investment Limited (seal affixed)

[Seal: Central Win Investment Limited]

Date of signing: June 20, 2022

[Translator's note: Each of the three pages of the scanned original document bears partial impressions of seals along its edge. When the three pages are placed together and properly aligned, the partial impressions form complete, legible seal impressions. The inscriptions on these seals are translated as follows:

Seal 1: Central Win Investment Limited

Seal 2: For and on behalf of Hejia Investment Limited

Seal 3: For and on behalf of Hezheng Holdings Company Limited

Seal 4: Shenzhen Hezheng Real Estate Group Co., Ltd.

Seal 5: Shenzhen Jiayuan Group Co., Ltd.

Seal 6: For and on behalf of Jia Yuan Holdings Company Limited]

# 股权收购框架协议之补充协议

甲方（转让方）：

甲方一：深圳市佳远集团有限公司

甲方二：深圳市合正房地产集团有限公司

甲方三：Jia Yuan Holdings Company Limited（佳远控股有限公司）

甲方四：Hezheng Holdings Company Limited（合正控股有限公司）

甲方五：Hejia Investment Limited（合佳投资有限公司）

（甲方一、甲方二、甲方三、甲方四、甲方五合称“甲方”）

乙方（收购方）：饶远　　　　身份证号码: 440301198907080813

地址：广东省深圳市南山区香山中街 1 号纯水岸 B 组-24

兹甲乙双方于 2019 年 12 月 24 日签订《股权收购框架协议》，乙方收购甲方持有的五家标的公司的 100%股权的股权转让总对价为 29970 万美元。甲乙双方经友好协商，就股权转让总对价支付事宜签订补充协议如下：

一、甲乙双方确认：截至 2022 年 6 月 17 日，乙方通过指定方的银行账户已支付股权转让总对价 8320 万美元至甲方三、甲方四的银行账户；甲方四、甲方三已分别将标的公司 1（Hazens Investment, LLC）、标的公司 2（Jiayuan USA CO., Inc）的 100%股权变更至乙方指定的袁富儿先生（身份证号码：362201196303230814）的名下。

二、为便于甲方二收取股权转让对价款，双方同意以乙方指定公司威中投资有限公司（简称“威中公司”）的名义收购甲方二持有的深圳市福民合建投资有限公司（简称“福民合建”）49%股

权、签订《股权转让合同》，股权转让价格为 14000 万美元，并据此办理相关审批及备案手续。甲乙双方确认：

1、威中公司持有福民合建 49%股权实际为代甲方二持股，该股权对应的全部投资收益均归属于甲方二，威中公司不享有任何收益权或处分权；因公司经营需要福民合建的股东出具股东会决议的，威中公司应予以配合。

2、威中公司根据《股权转让合同》之约定支付给甲方二的福民合建 49%股权的股权转让对价款实际为乙方履行《股权收购框架协议》第二条、第三条之约定支付给甲方的股权转让总对价。

三、本补充协议为《股权收购框架协议》的补充及变更，本补充协议与《股权收购框架协议》相抵触之处以本补充协议约定为准。

四、本补充协议一式六份，甲方一、甲方二、甲方三、甲方四、甲方五和乙方各执一份，自双方签署之日起生效，各份具有同等法律效力。

（以下无正文）

（以下为《股权收购框架协议之补充协议》的签署页）

甲方一：深圳市佳远集团有限公司（盖章）

甲方二：深圳市合正房地产集团有限公司（盖章）

甲方三：Jia Yuan Holdings Company Limited（佳远控股有限公司）

（盖章）

For and on behalf of
Jia Yuan Holdings Company Limited
佳 遠 控 股 有 限 公 司

Authorised Signature(s)

甲方四：Hezheng Holdings Company Limited（合正控股有限公司）

（盖章）

For and on behalf of
Hezheng Holdings Company Limited
合 正 控 股 有 限 公 司

Authorised Signature(s)

甲方五：Hejia Investment Limited（合佳投资有限公司）

（盖章）

For and on behalf of
Hejia Investment Limited
合 佳 投 资 有 限 公 司

Authorised Signature(s)

乙方：饶远

签字：

确认方：威中投资有限公司（盖章）

签订日期：2022 年 6 月 20 日