# EXHIBIT 4

Nov 2nd, 2026

# Certification of Translation

# 翻译证书

TRANSLATOR'S DECLARATION:

My name is Ming Ren. I am a US citizen over the age of 21. I have a master's degree in Conference Interpretation. I hold a Basic Court Interpreter License (Mandarin Chinese) from Texas Office of Court Administration Judicial Branch Certification Commission (License Number: LCI-2583). I have taught courses in translation at the Middlebury Institute of International Studies, the University of Nottingham Ningbo Campus, and New York University.

I hereby declare the following:

I possess advanced knowledge of the Chinese and English languages. The attached Chinese to English translation has been translated by me and, to the best of my knowledge and belief, is a true and accurate translation of: *Jiayuan Holdings Company Limited Written Resolutions of the Directors*

译者声明：

我的名字叫 Ming Ren，我是年满 21 岁或以上的美国公民。我持有会议口译硕士学位。我持有由德克萨斯州法院行政管理办公室司法部门认证委员会颁发的普通级法庭口译员（中文普通话）执照（执照号码 LCI-2583）。我曾在明德国际研究学院、诺丁汉大学宁波校区和纽约大学教授翻译课程。

本人特此声明如下：

我拥有丰富的中文和英文知识。所附的中文到英文的译文是我翻译的，据我所知和所信，是以下内容的真实、准确翻译：*Jiayuan Holdings Company Limited Written Resolutions of the Directors*

Ming Ren

Ming Ren
Interpreter & Translator
Email: nancymingren@gmail.com
Phone: 831-242-0108

Ming Ren
Interpreter & Translator
Email: nancymingren@gmail.com
Phone: 831-242-0108

# Jiayuan Holdings Company Limited

## Written Resolutions of the Directors

In accordance with the provisions of the Articles of Association of Jiayuan Holdings Company Limited (hereinafter referred to as the "Company"), the directors of the Company hereby make the following resolutions:

**1.** The Company agrees to transfer, for a consideration of USD 115 million, the 100% equity interests in the U.S. company Jiayuan USA CO., Inc. held by the Company, together with the entire ownership of Luxe City Center Hotel lawfully held by that company, to Mr. Rao Yuan (Identification Card No.: 440301198907080813).

**2.** The Company agrees to transfer, for a consideration of USD 56.7 million, the 100% equity interests in the U.S. company San Yi Funding Company, LLC held by the Company, together with the entire ownership of Sheraton San Gabriel Hotel lawfully held through its 100% equity interests in San Yi US Investment Company, Inc., to Mr. Rao Yuan (Identification Card No.: 440301198907080813). Sheraton San Gabriel Hotel is a U.S. EB-5 investment immigration project; upon completion of the project, an amount of USD 39.5 million in investors' equity funds shall be paid; Mr. Rao Yuan (Identification Card No.: 440301198907080813) shall be responsible for paying this amount to the investors.

**3.** The Company agrees to transfer, for a consideration of USD 9 million, the 100% equity interests in the U.S. company Jia Yuan Holding USA Inc. held by the Company, together with the entire ownership of the land for both commercial and residential use lawfully held through its 100% equity interests in Valley SG Landplus, LLC, to Mr. Rao Yuan (Identification Card No.: 440301198907080813).

**4.** The Company agrees to authorize Director Yuan Anru to sign the *Equity Acquisition Framework Agreement* on behalf of the Company and to handle the relevant matters concerning this equity transfer.

Director's Signature: [Handwritten signature]

Yuan Anru

[Seal: For and on behalf of Jia Yuan Holdings Company Limited; Authorized Signature(s)]

[Handwritten signature]

Jiayuan Holdings Company Limited

December 23, 2019

# 佳远控股有限公司
# Jiayuan Holdings Company Limited
## 董事书面决议

根据「佳远控股有限公司」（简称“本公司”）的章程之规定，本公司董事签发下列决议：

1. 本公司同意将本公司持有的美国公司 Jiayuan USA CO.，Inc 的 100%股权及其合法享有的 Luxe City Center Hotel（利是城市中心酒店）的完整所有权以 11500 万美元的对价转让给饶远先生（身份证号码：440301198907080813）。

2. 本公司同意将本公司持有的美国公司 San Yi Funding Company, LLC 的 100%股权及其通过持有 San Yi Us Investment Company, Inc.，的 100%股权、合法享有 Sheraton San Gabriel Hotel（圣盖博喜来登酒店）的完整所有权以 5670 万美元的对价转让给饶远先生（身份证号码：440301198907080813）。Sheraton San Gabriel Hotel（圣盖博喜来登酒店）为美国 EB-5 投资移民项目，待项目完成后应支付投资者权益款 3950 万美元，该款项由饶远先生（身份证号码：440301198907080813）负责支付给投资者。

3. 本公司同意将本公司持有的美国公司 Jia Yuan Holding USA Inc.，的 100%股权及其通过持有 Valley SG Landplus，LLC 的 100%股权、合法享有商住两用土地的完整所有权以 900 万美元的对价转让给饶远先生（身份证号码：440301198907080813）。

4. 本公司同意委任董事袁安如代表本公司签署《股权收购框架协议》并处理本次股权转让的相关事宜。

董事签署：

袁安如

For and on behalf of
Jia Yuan Holdings Company Limited
佳 遠 控 股 有 限 公 司

Authorised Signature(s)

佳远控股有限公司

2019 年 12 月 23 日

Nov 2nd, 2026

# Certification of Translation

# 翻译证书

TRANSLATOR'S DECLARATION:

My name is Ming Ren. I am a US citizen over the age of 21. I have a master's degree in Conference Interpretation. I hold a Basic Court Interpreter License (Mandarin Chinese) from Texas Office of Court Administration Judicial Branch Certification Commission (License Number: LCI-2583). I have taught courses in translation at the Middlebury Institute of International Studies, the University of Nottingham Ningbo Campus, and New York University.

I hereby declare the following:

I possess advanced knowledge of the Chinese and English languages. The attached Chinese to English translation has been translated by me and, to the best of my knowledge and belief, is a true and accurate translation of: *Hezheng Holdings Company Limited Written Resolutions of the Directors*

译者声明：

我的名字叫 Ming Ren，我是年满 21 岁或以上的美国公民。我持有会议口译硕士学位。我持有由德克萨斯州法院行政管理办公室司法部门认证委员会颁发的普通级法庭口译员（中文普通话）执照（执照号码 LCI-2583）。我曾在明德国际研究学院、诺丁汉大学宁波校区和纽约大学教授翻译课程。

本人特此声明如下：

我拥有丰富的中文和英文知识。所附的中文到英文的译文是我翻译的，据我所知和所信，是以下内容的真实、准确翻译：*Hezheng Holdings Company Limited Written Resolutions of the Directors*

Ming Ren

Ming Ren
Interpreter & Translator
Email: nancymingren@gmail.com
Phone: 831-242-0108

**Hezheng Holdings Company Limited**

**Written Resolutions of the Directors**

In accordance with the provisions of the Articles of Association of Hezheng Holdings Company Limited (hereinafter referred to as the "Company"), the directors of the Company hereby issue the following resolutions:

1. The Company agrees to transfer to Mr. Rao Yuan (Identification Card No.: 440301198907080813), for a consideration of USD 114.5 million, the 100% equity interests in the U.S. company Hazens Investment, LLC held by the Company and the entire ownership of Sheraton Gateway Hotel lawfully held by it; the consideration for this equity transfer includes USD 50 million in bank loan principal and interest.

2. The Company agrees to appoint Director Pan Yong to sign the *Equity Acquisition Framework Agreement* on behalf of the Company and handle matters related to this equity transfer.

Directors' Signatures:

Pan Yong: [Handwritten signature]

Yuan Fu'er [Handwritten signature]

[Seal: For and on behalf of Hezheng Holdings Company Limited Authorized Signature(s)]

Hezheng Holdings Company Limited

December 22, 2019

# 合正控股有限公司

# Hezheng Holdings Company Limited

## 董事书面决议

根据「合正控股有限公司」（简称“本公司”）的章程之规定，本公司董事签发下列决议：

1. 本公司同意将本公司持有的美国公司 Hazens Investment, LLC 的 100%股权及其合法享有的 Sheraton Gateway Hotel （喜来登港威酒店）的完整所有权以 11450 万美元的对价转让给饶远先生（身份证号码：440301198907080813），该股权转让对价包含了银行贷款本息 5000 万美元。

2. 本公司同意委任董事潘勇代表本公司签署《股权收购框架协议》并处理本次股权转让的相关事宜。

董事签署：

潘 勇　　　　袁富儿

For and on behalf of Hezheng Holdings Company Limited
合正控股有限公司
Authorised Signature(s)

合正控股有限公司

2019 年 12 月 22 日

Nov 2nd, 2026

# Certification of Translation

# 翻译证书

TRANSLATOR'S DECLARATION:

My name is Ming Ren. I am a US citizen over the age of 21. I have a master's degree in Conference Interpretation. I hold a Basic Court Interpreter License (Mandarin Chinese) from Texas Office of Court Administration Judicial Branch Certification Commission (License Number: LCI-2583). I have taught courses in translation at the Middlebury Institute of International Studies, the University of Nottingham Ningbo Campus, and New York University.

I hereby declare the following:

I possess advanced knowledge of the Chinese and English languages. The attached Chinese to English translation has been translated by me and, to the best of my knowledge and belief, is a true and accurate translation of: *Hejia Investment Limited Written Resolutions of the Directors*

译者声明：

我的名字叫 Ming Ren，我是年满 21 岁或以上的美国公民。我持有会议口译硕士学位。我持有由德克萨斯州法院行政管理办公室司法部门认证委员会颁发的普通级法庭口译员（中文普通话）执照（执照号码 LCI-2583）。我曾在明德国际研究学院、诺丁汉大学宁波校区和纽约大学教授翻译课程。

本人特此声明如下：

我拥有丰富的中文和英文知识。所附的中文到英文的译文是我翻译的，据我所知和所信，是以下内容的真实、准确翻译： *Hejia Investment Limited Written Resolutions of the Directors*

Ming Ren

Ming Ren
Interpreter & Translator
Email: nancymingren@gmail.com
Phone: 831-242-0108

**Hejia Investment Limited**

**<u>Written Resolutions of the Directors</u>**

In accordance with the provisions of the Articles of Association of Hejia Investment Limited (hereinafter referred to as the "Company"), the directors of the Company issue the following resolutions:

1. The Company agrees to transfer to Mr. Rao Yuan (Identification Card No.: 440301198907080813), for a consideration of USD 4.5 million, the 100% equity interests in the U.S. company Hazens Rosemead, LLC held by the Company and the entire ownership of the commercial office building lawfully held by it.

2. The Company agrees to appoint Director Yuan Anru to sign the *Equity Acquisition Framework Agreement* on behalf of the Company and handle the relevant matters concerning this equity transfer.

Directors' Signatures:

| | | |
|---|---|---|
| <u>[Handwritten signature]</u> | <u>[Handwritten signature]</u> | <u>[Handwritten signature]:</u> |
| Yuan Anru | Yuan Fu'er | Wang Zhibing |

[Seal: For and on behalf of Hejia Investment Limited, Authorized Signature(s)]

[Handwritten signature: illegible]

Hejia Investment Limited

December 22, 2019

# 合佳投资有限公司

## Hejia Investment Limited

## 董事书面决议

根据「合佳投资有限公司」（简称“本公司”）的章程之规定，本公司董事签发下列决议：

1. 本公司同意将本公司持有的美国公司 Hazens Rosemead, LLC 的 100%股权及其合法享有的商业办公楼的完整所有权以 450 万美元的对价转让给饶远先生（身份证号码：440301198907080813）。

2. 本公司同意委任董事袁安如代表本公司签署《股权收购框架协议》并处理本次股权转让的相关事宜。

董事签署：

| | | |
|---|---|---|
| 袁安如 | 袁富儿 | 汪志兵 |

For and on behalf of
Hejia Investment Limited
合 佳 投 资 有 限 公 司

合佳投资有限公司
Authorised Signature(s)

2019 年 12 月 22 日

Nov 2nd, 2026

# Certification of Translation

# 翻译证书

TRANSLATOR'S DECLARATION:

My name is Ming Ren. I am a US citizen over the age of 21. I have a master's degree in Conference Interpretation. I hold a Basic Court Interpreter License (Mandarin Chinese) from Texas Office of Court Administration Judicial Branch Certification Commission (License Number: LCI-2583). I have taught courses in translation at the Middlebury Institute of International Studies, the University of Nottingham Ningbo Campus, and New York University.

I hereby declare the following:

I possess advanced knowledge of the Chinese and English languages. The attached Chinese to English translation has been translated by me and, to the best of my knowledge and belief, is a true and accurate translation of: *Shenzhen Hezheng Real Estate Group Co., Ltd. Resolutions of the Shareholders' Meeting*

译者声明：

我的名字叫 Ming Ren，我是年满 21 岁或以上的美国公民。我持有会议口译硕士学位。我持有由德克萨斯州法院行政管理办公室司法部门认证委员会颁发的普通级法庭口译员（中文普通话）执照（执照号码 LCI-2583）。我曾在明德国际研究学院、诺丁汉大学宁波校区和纽约大学教授翻译课程。

本人特此声明如下：

我拥有丰富的中文和英文知识。所附的中文到英文的译文是我翻译的，据我所知和所信，是以下内容的真实、准确翻译： *Shenzhen Hezheng Real Estate Group Co., Ltd. Resolutions of the Shareholders' Meeting*

Ming Ren

Ming Ren
Interpreter & Translator
Email: nancymingren@gmail.com
Phone: 831-242-0108

**Shenzhen Hezheng Real Estate Group Co., Ltd.**

**Resolutions of the Shareholders' Meeting**

In accordance with *the Company Law of the People's Republic of China* and the Articles of Association of Shenzhen Hezheng Real Estate Group Co., Ltd. (hereinafter referred to as the "Company"), the Company convened a shareholders' meeting in the Company's conference room on December 20, 2019; the shareholders attending this meeting represented 100% of the Company's equity interests, and the resolutions adopted were approved by all shareholders holding 100% of the voting rights.

Whereas, on July 8, 2014, the Company obtained the *Certificate of Overseas Investment by an Enterprise* (No. 4403201400643) issued by the Ministry of Commerce of the People's Republic of China, approving its investment in Hezheng Holdings Company Limited. On March 20, 2016, the Company and Shenzhen Jiayuan Group Co., Ltd. obtained *the Certificate of Overseas Investment by an Enterprise* (No. N4403201600295) issued by the Shenzhen Economic, Trade and Information Commission, approving their investment in Hejia Investment Limited.

The shareholders' meeting hereby adopts the following resolutions:

1. To approve the transfer by Hezheng Holdings Company Limited of its 100% equity interests in the U.S. company Hazens Investment, LLC, and the entire ownership of Sheraton Gateway Hotel lawfully held by it, to Mr. Rao Yuan (Identification Card No.: 440301198907080813), for a consideration of USD 114.5 million (including USD 50 million in bank loan principal and interest).

2. To approve the transfer by Hejia Investment Limited of its 100% equity interests in the U.S. company Hazens Rosemead, LLC, and the entire ownership of the commercial office building lawfully held by it, to Mr. Rao Yuan, for a consideration of USD 4.5 million.

3. To approve jointly handling, with Mr. Rao Yuan or a third party designated by him, the relevant procedures for the cancellation of the enterprise's overseas investment registration.

4. To approve the Company's signing of the *Equity Acquisition Framework Agreement*.

These resolutions are hereby adopted.

Shareholders' Signatures:

Shenzhen Jiayuan Group Co., Ltd. (Seal)

[seal: Shenzhen Jiayuan Group Co., Ltd.]

Yuan Anru (Signature) [handwritten signature]

Wang Zhibing (Signature) [handwritten signature]

Shenzhen Hezheng Real Estate Group Co., Ltd. (Seal)

[Seal: Shenzhen Hezheng Real Estate Group Co., Ltd.]

# 深圳市合正房地产集团有限公司
# 股东会决议

根据《中华人民共和国公司法》及深圳市合正房地产集团有限公司（下称"公司"）章程，公司于2019年12月20日在公司会议室召开股东会，出席本次会议的股东代表公司100%的股权，所作出决议经所持表决权100%的全体股东通过。

鉴于公司于2014年7月8日取得中华人民共和国商务部《企业境外投资证书》（编号：4403201400643），获批投资Hezheng Holdings Company Limited。公司及深圳市佳远集团有限公司于2016年3月20日取得深圳市经济贸易和信息化委员会《企业境外投资证书》（编号：N4403201600295），获批投资Hejia Investment Limited。

本次股东会作出决议如下：

一、同意Hezheng Holdings Company Limited将其持有的美国公司Hazens Investment, LLC的100%股权及其合法享有的Sheraton Gateway Hotel（喜来登港威酒店）的完整所有权以11450万美元（包含银行贷款本息5000万美元）的对价转让给饶远先生（身份证号码：440301198907080813）。

二、同意Hejia Investment Limited将其持有的美国公司Hazens Rosemead, LLC的100%股权及其合法享有的商业办公楼的完整所有权以450万美元的对价转让给饶远先生。

三、同意与饶远先生或其指定第三方共同办理企业境外投资核销

的相关手续。

四、同意公司签署《股权收购框架协议》。

特此决议。

股东签署：

深圳市佳远集团有限公司（盖章）

袁安如（签字）

汪志兵（签字）

深圳市合正房地产集团有限公司

（盖章）

Nov 2nd, 2026

# Certification of Translation

# 翻译证书

TRANSLATOR'S DECLARATION:

My name is Ming Ren. I am a US citizen over the age of 21. I have a master's degree in Conference Interpretation. I hold a Basic Court Interpreter License (Mandarin Chinese) from Texas Office of Court Administration Judicial Branch Certification Commission (License Number: LCI-2583). I have taught courses in translation at the Middlebury Institute of International Studies, the University of Nottingham Ningbo Campus, and New York University.

I hereby declare the following:

I possess advanced knowledge of the Chinese and English languages. The attached Chinese to English translation has been translated by me and, to the best of my knowledge and belief, is a true and accurate translation of: *Shenzhen Jiayuan Group Co., Ltd. Resolutions of the Shareholders' Meeting*

译者声明：

我的名字叫 Ming Ren，我是年满 21 岁或以上的美国公民。我持有会议口译硕士学位。我持有由德克萨斯州法院行政管理办公室司法部门认证委员会颁发的普通级法庭口译员（中文普通话）执照（执照号码 LCI-2583）。我曾在明德国际研究学院、诺丁汉大学宁波校区和纽约大学教授翻译课程。

本人特此声明如下：

我拥有丰富的中文和英文知识。所附的中文到英文的译文是我翻译的，据我所知和所信，是以下内容的真实、准确翻译：*Shenzhen Jiayuan Group Co., Ltd. Resolutions of the Shareholders' Meeting*

Ming Ren

Ming Ren
Interpreter & Translator
Email: nancymingren@gmail.com
Phone: 831-242-0108

## Shenzhen Jiayuan Group Co., Ltd.

## Resolutions of the Shareholders' Meeting

In accordance with the *Company Law of the People's Republic of China* and the Articles of Association of Shenzhen Jiayuan Group Co., Ltd. (hereinafter referred to as the "Company"), the Company held a shareholders' meeting in the Company's conference room on December 20, 2019. The shareholders attending this meeting represented 100% of the equity interests in the Company, and the resolutions made were approved by all shareholders holding 100% of the voting rights.

Whereas, on April 23, 2015, the Company obtained the *Certificate of Overseas Investment by an Enterprise* (No.: N4403201500362) issued by the Shenzhen Economic, Trade and Information Commission, and was approved to invest in Jiayuan Holdings Company Limited. On March 20, 2016, the Company and Shenzhen Hezheng Real Estate Group Co., Ltd. obtained the *Certificate of Overseas Investment by an Enterprise* (No.: N4403201600295) issued by the Shenzhen Economic, Trade and Information Commission, and were approved to invest in Hejia Investment Limited.

The shareholders' meeting hereby adopts the following resolutions:

1. To approve the transfer by Jiayuan Holdings Company Limited of its 100% equity interests in the U.S. company Jiayuan USA CO., Inc and the entire ownership of Luxe City Center Hotel lawfully held by it to Mr. Rao Yuan (Identification Card No.: 440301198907080813) for a consideration of USD 115 million.

2. To approve the transfer by Jiayuan Holdings Company Limited of its 100% equity interests in the U.S. company San Yi Funding Company, LLC and the entire ownership of Sheraton San Gabriel Hotel lawfully held through its 100% equity interests in San Yi Us Investment Company, Inc. to Mr. Rao Yuan for a consideration of USD 56.7 million.

3. To approve the transfer by Jiayuan Holdings Company Limited of its 100% equity interests in the U.S. company Jia Yuan Holding USA Inc. and the entire ownership of land for both commercial and residential use lawfully held through its 100% equity interests in Valley SG Landplus, LLC to Mr. Rao Yuan for a consideration of USD 9 million.

4. To approve the transfer by Hejia Investment Limited of its 100% equity interests in the U.S. company Hazens Rosemead, LLC and the entire ownership of the commercial office building lawfully held by it to Mr. Rao Yuan for a consideration of USD 4.5 million.

5. To approve jointly handling, with Mr. Rao Yuan or a third party designated by him, the relevant procedures for cancellation of the enterprise's overseas investment registration.

6. To approve the Company's signing of the *Equity Acquisition Framework Agreement*.

These resolutions are hereby adopted.

Shareholder Signatures:

Hezheng Holdings Group (Shenzhen) Co., Ltd. (Seal)

[Seal: Hezheng Holdings Group (Shenzhen) Co., Ltd]

Wang Zhibing (Signature) [Handwritten signature]

Shenzhen Jiayuan Group Co., Ltd. (Seal)

[Seal: Shenzhen Jiayuan Group Co., Ltd]

# 深圳市佳远集团有限公司

# 股东会决议

根据《中华人民共和国公司法》及深圳市佳远集团有限公司（下称“公司”）章程，公司于2019年12月20日在公司会议室召开股东会，出席本次会议的股东代表公司100%的股权，所作出决议经所持表决权100%的全体股东通过。

鉴于公司于2015年4月23日取得深圳市经济贸易和信息化委员会《企业境外投资证书》(编号：N4403201500362)，获批投资 Jiayuan Holdings Company Limited。公司及深圳市合正房地产集团有限公司于2016年3月20日取得深圳市经济贸易和信息化委员会《企业境外投资证书》（编号：N4403201600295)，获批投资 Hejia Investment Limited。

本次股东会作出决议如下：

一、同意 Jiayuan Holdings Company Limited 将其持有的美国公司 Jiayuan USA CO.，Inc 的100%股权及其合法享有的 Luxe City Center Hotel（利是城市中心酒店）的完整所有权以11500万美元的对价转让给饶远先生（身份证号码：440301198907080813)。

二、同意 Jiayuan Holdings Company Limited 将其持有的美国公司 San Yi Funding Company, LLC 的100%股权及其通过持有 San Yi Us Investment Company, Inc.,的100%股权、合法享有 Sheraton San Gabriel Hotel（圣盖博喜来登酒店）的完整所有权以5670万美元的对价转让给饶远先生。

三、同意 Jiayuan Holdings Company Limited 将其持有的美国

公司 Jia Yuan Holding USA Inc.,的 100%股权及其通过持有 Valley SG Landplus，LLC 的 100%股权、合法享有商住两用土地的完整所有权以 900 万美元的对价转让给饶远先生。

四、同意 Hejia Investment Limited 将其持有的美国公司 Hazens Rosemead, LLC 的 100%股权及其合法享有的商业办公楼的完整所有权以 450 万美元的对价转让给饶远先生。

五、同意与饶远先生或其指定第三方共同办理企业境外投资核销的相关手续。

六、同意公司签署《股权收购框架协议》。

特此决议。

股东签署：

合正控股集团（深圳）有限公司（盖章）

汪志兵（签字）______________

深圳市佳远集团有限公司

（盖章）