# EXHIBIT 8

# LLC INTEREST TRANSFER AGREEMENT

This LLC Interest Transfer Agreement (the "Agreement") is effective November 1, 2020,

**BETWEEN:** **Hezheng Holdings Company Limited** (the "Transferor"), a company organized and existing under the laws of British Virgin Islands, with its office located at:

No.16 Block C, He Zheng Ming Yuan, Xin Wen Road, Futian District, Shenzhen, Guangdong, China 518034

**AND:** **Fuer Yuan** (the "Transferee"), a Chinese national and resident of Shenzhen, China, with home address at:

No.1 Xiangmihu, Yuyuan No12, Xiangmei Road, Futian District, Shenzhen, Guangdong, China 518040

**WHEREAS:**

1. The undersigned Transferor is the registered and beneficial owner of 100% limited liability interest in **Hazens Investments, LLC**, a California limited liability company.

2. The undersigned Transferor wishes to transfer the said 100% limited liability interest to Transferee pursuant to certain company reorganization plan.

**NOW THEREFORE, FOR VALUE RECEIVED**, the undersigned Transferor hereby assigns and transfers unto the Transferee 100% limited liability company interest of Hazens Investments, LLC registered in the name of the undersigned Transferee on the book of Hazens Investments, LLC.

**IN WITNESS WHREREOF**, each party to this Agreement has cause it to be executed at No.1 Xiangmihu, Yuyuan No12, Xiangmei Road, Futian District, Shenzhen, Guangdong, China 518040 on the date indicated above.

**TRANSFEROR**

[signature]

Authorized Signature
Hezheng Holdings Company Limited

Fuer Yuan
Print Name and Title

**TRANSFEREE**

[signature]

Fuer Yuan

# SHARES TRANSFER AGREEMENT

This Shares Transfer Agreement (the "Agreement") is effective December 17, 2020.

**BETWEEN:** **Jia Yuan Holdings Company Limited** (the "Transferor"), a company organized and existing under the laws of British Virgin Islands, with its office located at:

No.16 Block C, He Zheng Ming Yuan, Xin Wen Road, Futian District, Shenzhen Guangdong, China 518034

**AND:** **Fuer Yuan** (the "Transferee"), a Chinese national and resident of Shenzhen, China, with home address at:

No.1 Xiangmihu, Yuyuan No12, Xiangmei Road, Futian District, Shenzhen, Guangdong, China 518040

**WHEREAS:**

1. The undersigned Transferor is the registered and beneficial owner of 120 common stock shares (100% of outstanding shares) in the capital stock of **Jia Yuan Holding USA, Inc.,** a California corporation.

2. The undersigned Transferor wishes to transfer the said shares to Transferee pursuant to certain company reorganization plan.

**NOW THEREFORE, FOR VALUE RECEIVED,** the undersigned Transferor hereby assigns and transfers unto the Transferee 1,975 common stock shares of Jia Yuan USA Co., Inc. registered in the name of the undersigned Transferee on the book of Jia Yuan USA Co., Inc.

**IN WITNESS WHREREOF**, each party to this Agreement has cause it to be executed, at No.1 Xiangmihu, Yuyuan No12, Xiangmei Road, Futian District, Shenzhen, Guangdong, China 518040, on the date indicated above.

**TRANSFEROR**

[signature]

Authorized Signature
**Jia Yuan Holdings Company Limited**

Auru Yuan
Print Name and Title

**TRANSFEREE**

[signature]

**Fuer Yuan**

**ASSIGNMENT OF LIMITED LIABILITY COMPANY INTEREST OF SAN YI FUNDING COMPANY, LLC**

FUER YUAN, without consideration and in order to change formal title only, transfers and assigns to CELIA WEN SUN, Trustee of the YAEN IRREVOCABLE TRUST 2021 DATED 01/12/2021, all of his right, title, and ownership interest of the 100% limited liability interest of San Yi Funding Company, LLC, a Delaware limited liability company.

This assignment was executed by me this day, 5-3-, ~~2013~~ 2023 Y.F and is effective immediately.

FUER YUAN

CONSENT OF SECRETARY

The undersigned hereby consents to the assignment of the corporate shares.

SAN YI FUNDING COMPANY, LLC

By: ______________________

Secretary

# LLC INTEREST TRANSFER AGREEMENT

This LLC Interest Transfer Agreement (the "Agreement") is effective ____________, 2023,

**BETWEEN:** **Jia Yuan Holdings Company, Ltd.** (the "Transferor"), a company organized and existing under the laws of British Virgin Islands, with its office located at:

No.16 Block C, He Zheng Ming Yuan, Xin Wen Road, Futian District, Shenzhen, Guangdong, China 518034

**AND:** **Fuer Yuan** (the "Transferee"), a Chinese national and resident of Shenzhen, China, with home address at:

No.1 Xiangmihu, Yuyuan No12, Xiangmei Road, Futian District, Shenzhen, Guangdong, China 518040

**WHEREAS:**

1. The undersigned Transferor is the registered and beneficial owner of 100% limited liability interest in **San Yi Funding Company, LLC**, a Delaware limited liability company.

2. The undersigned Transferor wishes to transfer the said 100% limited liability interest to Transferee pursuant to certain company reorganization plan.

**NOW THEREFORE, FOR VALUE RECEIVED**, the undersigned Transferor hereby assigns and transfers unto the Transferee 100% limited liability company interest of San Yi Funding Company, LLC registered in the name of the undersigned Transferee on the book of San Yi Funding Company, LLC.

**IN WITNESS WHREREOF**, each party to this Agreement has cause it to be executed at No.1 Xiangmihu, Yuyuan No12, Xiangmei Road, Futian District, Shenzhen, Guangdong, China 518040 on the date indicated above.

**TRANSFEROR**

[signature]
Authorized Signature
Jia Yuan Holdings Company, Ltd.

Fuer Yuan CEO
Print Name and Title

**TRANSFEREE**

[signature]
Fuer Yuan

**CALIFORNIA ACKNOWLEDGMENT** **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On May 3, 2023 before me, Michael Chu, Notary Public
Date — Here Insert Name and Title of the Officer

personally appeared — Fuer Yuan —
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the ~~person(s)~~ whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

MICHAEL CHU
Notary Public - California
Los Angeles County
Commission # 2334712
My Comm. Expires Oct 2, 2024

Place Notary Seal and/or Stamp Above

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature]
Signature of Notary Public

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Assignment of Limited Liability Company Interest of San Yi Funding Company, LLC
Document Date: ________ Number of Pages: ________
Signer(s) Other Than Named Above: ________

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: | Signer's Name: |
|---|---|
| ☐ Corporate Officer – Title(s): | ☐ Corporate Officer – Title(s): |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: | ☐ Other: |
| Signer is Representing: | Signer is Representing: |

©2019 National Notary Association

**ATTESTATION CLAUSE**

Each of us declares that on the day and year written below, FUER YUAN, created and declared this instrument to be an Assignment of Membership Interest (the "Assignment") created for the Irrevocable Trust, known as the YAEN IRREVOCALBE TRUST 2021, that he signed the Assignment in our presence, that each of us, in his presence and at his request, and in the presence of each other, have signed our names as attesting witnesses. We also declare that each of us is now more than eighteen years of age, is a competent witness, and resides at the address set forth after his or her name.

We also declare that at the time of our attestation of this Assignment, FUER YUAN was, to our best knowledge and belief, of sound mind and memory, eighteen years of age or older, and that this Assignment was not procured by duress, menace, fraud, misrepresentation, constraint or undue influence.

Executed on 01/12/2021 at location Shen Zhen.

[signature] No. 16. Block C, Hezheng Ming Yuan, Xin Wen Rd,
Signature Street Address

Pan Yong Futian Dist. Shen Zhen. Guang Dong, P.R.C.
Print Name City, Province, Country

[signature] No.16. Block C, Hezheng Ming Yuan. Xin Wen Rd,
Signature Street Address

Nie WeiDong Futian Dist. Shen Zhen. Guang Dong. P.R.C
Print Name City, Province, Country