UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br>Petitioner,<br>v.<br>FUER YUAN,<br>Respondent. | Case No. 2:26-cv-01256 ODW(ADSx)<br>**[PROPOSED] ORDER GRANTING CELIA WEN SUN'S, AS TRUSTEE OF THE YAEN IRREVOCABLE TRUST, MOTION TO INTERVENE** |

**[PROPOSED] ORDER**

On December 14, 2026, Proposed Intervenor Celia Wen Sun, as trustee of the Yaen Irrevocable Trust ("Proposed Intervenor"), filed her Motion to Intervene in this action as a matter of right under Federal Rule of Civil Procedure 24(a)(2) or, alternatively, for permissive intervention under 24(b)(1)(B) ("Motion").

The Court, having considered Proposed Intervenor's Motion and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1. Proposed Intervenor (hereafter, "Intervenor") is entitled to intervene as of right under Federal Rule of Civil Procedure 24(a)(2).

2. Intervenor is hereby made respondent-in-intervention in this action. Because this is a summary proceeding to confirm foreign arbitral awards under 9 U.S.C. §§ 207–208 and 9 U.S.C. § 6, in which no responsive pleading is required, Intervenor is not required to file a pleading under Federal Rule of Civil Procedure 24(c). Intervenor shall file her opposition to the Petition in accordance with the merits briefing schedule set by the Court.

IT IS SO ORDERED.

______________________________
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE