# EXHIBIT A

## Yu, Yiren (US)

**From:** Angulo, Alex <aangulo@rutan.com>
**Sent:** Wednesday, October 14, 2026 10:31 PM
**To:** Yu, Yiren (US)
**Cc:** Filardo, Vincent (US); Ge, Yan (CN); Herington, Ellis (US); Kevin J. Minnick
**Subject:** RE: Industrial Bank v. Yuan, No. 2:26-cv-01256-ODW-ADS

Yiren – Thank you for taking my call just a few moments ago. This confirms that you are filing the version I transmitted in my email below. I understand that you might add a proposed order, which is acceptable. I also understand that you might have the proposed order as a stand-alone document, which is also acceptable to us.

Best Regards,

**Alejandro S. Angulo**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 641-3401 | M. (949) 887-5584

aangulo@rutan.com | www.rutan.com

RUTAN
RUTAN & TUCKER, LLP

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Angulo, Alex
**Sent:** Wednesday, October 14, 2026 9:36 PM
**To:** Yu, Yiren (US) <yiren.yu@us.kingandwood.com>
**Cc:** Filardo, Vincent (US) <vincent.filardo@us.kingandwood.com>; Ge, Yan (CN) <geyan@cn.kingandwood.com>; Herington, Ellis (US) <ellis.herington@us.kingandwood.com>; Kevin J. Minnick <kminnick@spertuslaw.com>
**Subject:** RE: Industrial Bank v. Yuan, No. 2:26-cv-01256-ODW-ADS

Yiren – You may file this version with my electronic signature. Happy to discuss any of my revisions, but here are some explanations. The revisions in the first sentence are more accurate since we responded to your inquiry about the ownership issue. The revisions in the second sentence reflect that Petitioner believes it needs discovery. We want to make sure that this joint document is not construed as an admission that we believe discovery is appropriate (we do not believe that it is and we will be opposing that motion). The rest of the revisions are self-explanatory.

Let me know if you want to speak. My phone is on silent, but if you email me, I am happy to call you on the number you provide. Thanks.

**Alejandro S. Angulo**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 641-3401 | M. (949) 887-5584
aangulo@rutan.com | www.rutan.com

RUTAN
RUTAN & TUCKER, LLP

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Yu, Yiren (US) <yiren.yu@us.kingandwood.com>
**Sent:** Wednesday, October 14, 2026 8:35 PM
**To:** Angulo, Alex <aangulo@rutan.com>
**Cc:** Filardo, Vincent (US) <vincent.filardo@us.kingandwood.com>; Ge, Yan (CN) <geyan@cn.kingandwood.com>; Herington, Ellis (US) <ellis.herington@us.kingandwood.com>; Kevin J. Minnick <kminnick@spertuslaw.com>
**Subject:** RE: Industrial Bank v. Yuan, No. 2:26-cv-01256-ODW-ADS

Alex,

We accept all your edits, including the footnote, but we would ask for one addition. As revised, the first filing on the merits would be the opposition on March 5, 2027, nearly five months after the Order, and the schedule does not tell the Court why. A short explanation will help the Court accept the dates. We propose the following short paragraph:

"Respondent has advised that he intends to contest his ownership of the three hotels identified in the Order. As a result, Petitioner needs to move for limited discovery on the relevant matters. The Parties therefore propose the schedule below, which allows the parties and the Court to address those issues before merits briefing."

Please let us know as soon as possible whether we may affix your electronic signature to this version, so that we can file today.

Best regards,
Yiren

**Yiren Yu | Associate**
**King & Wood LLP**

**T** +1 650 858 1285
**M** +1 510 387 0860
**E** yiren.yu@us.kingandwood.com

2500 Sand Hill Road, Suite 111, Menlo Park, CA 94025
kingandwood.com

A list of the principals of the firm may be obtained from our website: www.kingandwood.com

---

**From:** Angulo, Alex <aangulo@rutan.com>
**Sent:** Wednesday, October 14, 2026 7:36 PM
**To:** Yu, Yiren (US) <yiren.yu@us.kingandwood.com>
**Cc:** Filardo, Vincent (US) <vincent.filardo@us.kingandwood.com>; Ge, Yan (CN)

<geyan@cn.kingandwood.com>; Herington, Ellis (US) <ellis.herington@us.kingandwood.com>; Kevin J. Minnick <kminnick@spertuslaw.com>
**Subject:** RE: Industrial Bank v. Yuan, No. 2:26-cv-01256-ODW-ADS

Yiren – I have made my revisions in track change. See attached. The court asked the parties to propose a briefing schedule on the merits of the petition and nothing more. I thus pared-down the draft to that issue. I understand that you want to file a motion for discovery, which you can deal with outside of this document (note that we are not going to agree to the inclusion of issues other than as what was ordered). We accepted your proposed briefing schedule, which should afford you the time you want to litigate issues re discovery.

You have my permission to affix my electronic signature to the attached version (in clean copy form) and only the attached version. Feel free to call me if you have any questions or want to discuss further: (949) 887-5584. Otherwise, please ensure that this gets timely filed with the Court. Thanks.

**Alejandro S. Angulo**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 641-3401 | M. (949) 887-5584
aangulo@rutan.com | www.rutan.com

RUTAN
RUTAN & TUCKER, LLP

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Yu, Yiren (US) <yiren.yu@us.kingandwood.com>
**Sent:** Wednesday, October 14, 2026 4:55 PM
**To:** Angulo, Alex <aangulo@rutan.com>
**Cc:** Filardo, Vincent (US) <vincent.filardo@us.kingandwood.com>; Ge, Yan (CN) <geyan@cn.kingandwood.com>; Herington, Ellis (US) <ellis.herington@us.kingandwood.com>; Kevin J. Minnick <kminnick@spertuslaw.com>
**Subject:** RE: Industrial Bank v. Yuan, No. 2:26-cv-01256-ODW-ADS

Alex,

Thank you for the response. Petitioner's proposed briefing schedule is attached.

Since Respondent does not agree to limited discovery on the ownership issue, Petitioner will move the Court for it, and the schedule addresses that motion first, with the opposition and reply briefs on the merits to follow the Court's ruling. This accommodates Respondent's position that ownership should be addressed first, while remaining faithful to the Court's Order, which provides that the issue will be addressed "during merits briefing." Order at 10 n.2.

The Order calls for a **joint** submission, and Petitioner is committed to complying with that. As the joint submission is due today, please let us know by **7 PM PT** whether Respondent agrees to the attached schedule. If any of the dates conflicts with a commitment on your side, please let us know.

On intervention, the possibility of a motion to intervene has no bearing on the proposed briefing schedule, which is due today. Any such motion can be pursued in parallel, and the proposed schedule leaves ample time for it. Petitioner will respond to any such motion when it is before the Court.

Best regards,
Yiren

**Yiren Yu | Associate**
**King & Wood LLP**

**T** +1 650 858 1285
**M** +1 510 387 0860
**E** yiren.yu@us.kingandwood.com

2500 Sand Hill Road, Suite 111, Menlo Park, CA 94025
kingandwood.com

A list of the principals of the firm may be obtained from our website: www.kingandwood.com

---

**From:** Angulo, Alex <aangulo@rutan.com>
**Sent:** Wednesday, October 14, 2026 1:59 PM
**To:** Yu, Yiren (US) <yiren.yu@us.kingandwood.com>
**Cc:** Filardo, Vincent (US) <vincent.filardo@us.kingandwood.com>; Ge, Yan (CN) <geyan@cn.kingandwood.com>; Herington, Ellis (US) <ellis.herington@us.kingandwood.com>; Kevin J. Minnick <kminnick@spertuslaw.com>
**Subject:** RE: Industrial Bank v. Yuan, No. 2:26-cv-01256-ODW-ADS

Yiren – My client does not own the hotels and thus, will be contesting that issue. Relatedly, I understand that the owner(s) of the hotels will be intervening and further, that they will be contacting you (if they have not already).

As for a briefing schedule, we think that the threshold issue of ownership should be addressed first since that issue is dispositive. (*See*, Order on Motion To Dismiss, fn 2). We would therefore propose letting the court know that the issue of ownership should be litigated first before anything else. We do not agree that discovery is necessary on this issue (or any issue).

Please send me your proposed briefing schedule. Please also let me know if you would like to discuss the matter further and if so, call at your convenience (I am available the rest of the day with limited exceptions). Thanks.

**Alejandro S. Angulo**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 641-3401 | M. (949) 887-5584

aangulo@rutan.com | www.rutan.com

RUTAN
RUTAN & TUCKER, LLP

---

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Yu, Yiren (US) <yiren.yu@us.kingandwood.com>
**Sent:** Tuesday, October 13, 2026 10:25 PM
**To:** Angulo, Alex <aangulo@rutan.com>
**Cc:** Filardo, Vincent (US) <vincent.filardo@us.kingandwood.com>; Ge, Yan (CN) <geyan@cn.kingandwood.com>; Herington, Ellis (US) <ellis.herington@us.kingandwood.com>; Kevin J. Minnick <kminnick@spertuslaw.com>
**Subject:** Industrial Bank v. Yuan, No. 2:26-cv-01256-ODW-ADS

Dear Alex,

We write regarding the joint proposed briefing schedule due under the Court's October 7 Order.

Before we send you our proposed schedule, we would like to know whether Mr. Yuan intends to contest his ownership of the three Hotels identified in the Order during merits briefing.

If he does, Petitioner intends to seek limited discovery on that issue.

We would appreciate your response at your earliest convenience.

Best regards,
Yiren

**Yiren Yu | Associate**
**King & Wood LLP**

**T** +1 650 858 1285
**M** +1 510 387 0860
**E** yiren.yu@us.kingandwood.com

2500 Sand Hill Road, Suite 111, Menlo Park, CA 94025
kingandwood.com

A list of the principals of the firm may be obtained from our website: www.kingandwood.com

This e-mail is from King & Wood LLP, a California Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.
Disclaimer: King & Wood LLP refers to the network of firms that are members of the King & Wood network. See www.kingandwood.com for more information. Legal services are provided independently by each of the separate member firms. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.