# EXHIBIT G

KING & WOOD LLP
Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK, LLP
Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner Industrial Bank Co., Ltd. Shenzhen Branch*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,

Petitioner,

v.

FUER YUAN,

Respondent.

Case No. 2:26-cv-01256-ODW-ADS

Judge: Otis D. Wright II

**PETITIONER'S NOTICE OF DEPOSITION OF RESPONDENT FUER YUAN**

Date Action Filed: February 7, 2026
Deposition Date: [_________], 202[_]
Time: [9:00 a.m. Pacific Time]
Place: [To be agreed/by videoconference]
Judge: Hon. Otis D. Wright II

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30 and the Court's Order dated [_________], 2026 granting Petitioner leave to conduct limited discovery (Dkt. [__]) (the "Discovery Order"), Petitioner Industrial

Bank Co., Ltd. Shenzhen Branch will take the deposition upon oral examination of Respondent Fuer Yuan on [________], 202[_], beginning at [9:00 a.m. Pacific Time], and continuing from day to day until completed, not to exceed one day of seven hours of testimony. Fed. R. Civ. P. 30(d)(1).

Pursuant to the Discovery Order and Federal Rule of Civil Procedure 30(b)(4), the deposition will be taken in person at a location mutually agreeable to the parties, or alternatively by remote means, by videoconference, with the deponent, counsel, and the officer participating from separate locations. The deponent shall attend from [________]. If the deposition is taken remotely, the officer before whom the deposition is taken will administer the oath remotely, and the deposition will be deemed taken at the place where the deponent is located.

The deposition will be recorded stenographically by a certified shorthand reporter and may also be recorded by audiovisual means, and will be taken before an officer authorized to administer oaths under Federal Rule of Civil Procedure 28. Fed. R. Civ. P. 30(b)(3)(A). Petitioner reserves the right to use the audiovisual recording at any hearing or trial. A real-time transcription feed may be used. Pursuant to Federal Rule of Civil Procedure 30(b)(3)(B), any other party may arrange for an additional method of recording at its own expense.

The deposition will be conducted in English. Petitioner will arrange for a certified Mandarin interpreter to be present [remotely] for the deponent's use if the deponent so requests in writing at least fourteen (14) days before the deposition.

In accordance with the Discovery Order, the examination will be limited to the ownership of the Hotels (as defined in the Court's October 7, 2026 Order, Dkt. 23), including any ownership interest Respondent holds or has held in the Hotels, however held, the ownership of the California Entities, any transfer of the Hotels or of interests in those entities, and the statements concerning ownership in Respondent's declaration (Dkt. 13-1) and Motion to Dismiss (Dkt. 13).

Petitioner requests that the deponent bring to the deposition, or produce at least seven (7) days before it, any Documents responsive to Petitioner's First Set of Requests for Production that have not previously been produced. Fed. R. Civ. P. 30(b)(2).

Dated: [December __, 2026]

KING & WOOD LLP

By: _[DRAFT]_________

Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
KING & WOOD LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285
Facsimile: +1 650 858 1226

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK, LLP

Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner*
*Industrial Bank Co., Ltd. Shenzhen Branch*