KING & WOOD LLP
Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK, LLP
Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner Industrial Bank Co., Ltd. Shenzhen Branch*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,

Petitioner,

v.

FUER YUAN,

Respondent.

Case No. 2:26-cv-01256-ODW-ADS

Judge: Otis D. Wright II

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**

Date Action Filed: February 7, 2026
Hearing Date: December 7, 2026
Time: 1:30 p.m.
Courtroom: 5D
Judge: Hon. Otis D. Wright II

The Court, having considered Petitioner Industrial Bank Co., Ltd. Shenzhen Branch's ("Petitioner") Motion for Leave to Conduct Limited Discovery (the "Motion"), the papers filed in support of and in opposition to the Motion, and the arguments of counsel, and good cause appearing, hereby ORDERS as follows:

1. The Motion is GRANTED.

2. Petitioner may conduct limited discovery regarding Respondent Fuer Yuan's ("Respondent") ownership interest, whether direct or indirect, in the three hotels identified in the Court's October 7, 2026 Order (Dkt. 23), including his interest in any entity that holds title to any of those hotels (the "Limited Discovery"), as follows:

(a) Petitioner may serve on Respondent the Requests for Production of Documents and Interrogatories attached as Exhibits B and C to the Declaration of Yiren Yu (the "Yu Declaration");

(b) Petitioner may serve the subpoenas attached as Exhibits D, E, and F to the Yu Declaration on Metainfinity, Inc., Metanova, LLC, and San Yi US Investment Company, Inc., respectively; and

(c) Petitioner may take the deposition of Respondent, as noticed in Exhibit G to the Yu Declaration, limited to the subject matter of the Limited Discovery and not to exceed one day of seven hours. The deposition may be taken in California, abroad, or by remote means if Respondent is outside the United States.

3. Respondent and the subpoena recipients shall serve written responses and complete the production of responsive documents within thirty (30) days of service.

4. Respondent's deposition shall be taken within thirty (30) days after completion of the productions by Respondent and the subpoena recipients.

5. All Limited Discovery shall be completed within ten (10) weeks of the date of this Order.

6. Any dispute concerning the Limited Discovery shall be presented in accordance with L.R. 37.

7. Within seven (7) days after completion of the Limited Discovery, the parties shall file a joint status report proposing a schedule for merits briefing.

IT IS SO ORDERED.

Dated: ______________________

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE