**NORTON ROSE FULBRIGHT US LLP**
BRIAN SUN (BAR NO. 89410)
ABRAHAM CHANG (*pro hac vice forthcoming*)
ALEX SCANDROLI (BAR NO. 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
brian.sun@nortonrosefulbright.com
abraham.chang@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

**LIANG LY LLP**
JASON LIANG (BAR NO. 251235)
CINDY LEE (BAR NO. 358253)
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8002
Facsimile: (213) 335-7776
jliang@lianglyllp.com
clee@lianglyllp.com

Attorneys for Proposed Intervenor CELIA WEN SUN, AS TRUSTEE OF THE YAEN IRREVOCABLE TRUST.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br><br>Petitioner,<br><br>v.<br><br>FUER YUAN,<br><br>Respondent. | Case No. 2:26-cv-01256-ODW(ADSx)<br><br>**SUPPLEMENTAL CERTIFICATE OF COMPLIANCE WITH ARTIFICIAL INTELLIGENCE REGARDING CELIA WEN SUN'S, AS TRUSTEE OF THE YAEN IRREVOCABLE TRUST, NOTICE OF MOTION AND MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24(a)(2), OR, ALTERNATIVELY, 24(b)(1)(B); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: December 14, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5D<br>Judge: Hon. Otis D. Wright II |

**CERTIFICATE OF COMPLIANCE WITH ARTIFICIAL INTELLIGENCE**

The undersigned certifies that this submission does use generative artificial intelligence. If generative artificial intelligence was used, following drafting, I reviewed, revised, and supplemented all portions of the brief, including those that were informed by the use of Artificial Intelligence or based on prior templates. I independently verified the factual and legal accuracy of the content and confirmed that all arguments and authorities were appropriate to the issues presented.

*ALEX SCANDROLI*
November 5, 2026