Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Respondent
FUER YUAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,

Petitioner,

vs.

FUER YUAN,

Respondent.

Case No. 2:26-cv-01256-ODW-ADS

Judge: Otis D. Wright II

**DECLARATION OF ALEJANDRO S. ANGULO IN SUPPORT OF OPPOSITION TO PETITIONER'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**

Hearing Date: December 7, 2026
Time: 1:30 p.m.
Courtroom: 5D

Date Action Filed: February 7, 2026
Trial Date: None Set

I, Alejandro S. Angulo, declare as follows:

1. I am an attorney at the law firm of Rutan & Tucker, LLP, counsel of record for Respondent Fuer Yuan ("Respondent") in this action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I make this Declaration in support of Respondent's Opposition to Petitioner's Motion for Leave to Conduct Limited Discovery. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Petitioner Industrial Bank Co., LTD Shenzhen Branch ("Petitioner") is actively prosecuting a case in Los Angeles Superior Court entitled "Industrial Bank Co., LTD. Shenzhen Branch v. Sun, et al, LASC Case No. 26STCV04248 (the "Civil Case").

3. On February 10, 2026, Petitioner filed Yiren Yu's declaration in support of its application for a temporary restraining order and OSC re preliminary injunction, a true and correct copy of which is attached hereto as Exhibit A.

Executed on November 16, 2026, at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Alejandro S. Angulo*
Alejandro S. Angulo

## ARTIFICIAL INTELLIGENCE CERTIFICATE

The undersigned certifies that this submission __X__ does not use _____ uses generative artificial intelligence. If generative artificial intelligence was used, following drafting, I reviewed, revised, and supplemented all portions of the brief, including those that were informed by the use of Artificial Intelligence or based on prior templates. I independently verified the factual and legal accuracy of the content and confirmed that all arguments and authorities were appropriate to the issues presented.

*/s/ Alejandro S. Angulo*
Alejandro S. Angulo