KING & WOOD LLP
Yan Ge (State Bar #236566)
geyan@cn.kingandwood.com
Yiren Yu (State Bar #341245)
yiren.yu@us.kingandwood.com
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: +1 650 858 1285

Vincent Filardo Jr. (*pro hac vice*)
Vincent.filardo@us.kingandwood.com
600 5th Avenue, 27th Floor
New York, NY 10020
Telephone: +1 347 926 7570

SPERTUS, JOSEPHS & MINNICK, LLP
Kevin J. Minnick (State Bar #269620)
kminnick@spertuslaw.com
617 W. 7th St., Ste 200
Los Angeles, CA 90017
Telephone: +1 213 205 6520

*Attorneys For Petitioner Industrial Bank Co., Ltd. Shenzhen Branch*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH,<br><br>Petitioner,<br><br>v.<br><br>FUER YUAN,<br><br>Respondent. | Case No. 2:26-cv-01256-ODW-ADS<br><br>Judge: Otis D. Wright II<br><br>**DECLARATION OF YIREN YU IN SUPPORT OF PETITIONER INDUSTRIAL BANK CO., LTD. SHENZHEN BRANCH'S REPLY TO RESPONDENT FUER YUAN'S OPPOSITION TO PETITIONER'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**<br><br>Date: December 7, 2026<br>Time: 1:30 p.m.<br>Ctrm: 5D<br>Date Action Filed: February 7, 2026<br>Trial Date: None Set |

I, Yiren Yu, hereby declare and state as follows:

1. I am an attorney duly admitted to practice law in the State of California and am an associate at King & Wood LLP, counsel of record for Petitioner Industrial Bank Co., Ltd. Shenzhen Branch ("Petitioner" or "CIB") in the above-captioned matter. I make this declaration in support of Petitioner's Reply to Respondent Fuer Yuan's Opposition to Petitioner's Motion for Leave to Conduct Limited Discovery.

2. CIB is the plaintiff in *Industrial Bank Co., Ltd. Shenzhen Branch v. Celia Wen Sun, et al.*, Los Angeles Superior Court Case No. 26STCV04248 (the "State Action"), in which I am also one of CIB's counsel. The defendants in the State Action are Celia Wen Sun ("Sun"), Valley SG Landplus, LLC, Metainfinity, Inc., Metanova, LLC, San Yi US Investment Company, Inc., Hazens Rosemead, LLC, and Burgeon Hotel Group Corp. (collectively, the "State Action Defendants").

3. I submit this declaration to authenticate the documents attached hereto as Exhibits H through K, which are referenced in Petitioner's Reply and which I have obtained in the course of my representation of CIB in this matter and in the State Action, and to describe the document productions made in the State Action.

4. Attached hereto as Exhibit H is a true and correct copy of Plaintiff Industrial Bank Co., Ltd. Shenzhen Branch's First Set of Requests for Production of Documents to Defendant Celia Wen Sun a/k/a Wen Sun a/k/a Celia Sun, which I served by email on Sun's counsel, Chang LLP and Ballard Spahr LLP, on April 23, 2026.

5. Attached hereto as Exhibit I is a true and correct copy of Defendant Celia Wen Sun's Response to Plaintiff Industrial Bank Co., Ltd. Shenzhen Branch's Requests for Production of Documents, Set One, dated May 27, 2026.

6. Attached hereto as Exhibit J is a true and correct copy of an email dated October 16, 2026 from Cindy Lee of Liang Ly LLP, counsel for the State Action Defendants, to counsel for CIB, including me, memorializing the parties' meet and confer of October 15, 2026.

7. Attached hereto as Exhibit K is a true and correct copy of the Stipulation for Protective Order and [Proposed] Protective Order in the State Action, dated August 3, 2026, which the parties to the State Action have executed. As of the date of this declaration, the Superior Court has not entered the proposed protective order.

8. As of the date of this declaration, the State Action Defendants have made two document productions to CIB in the State Action: an initial production bearing Bates numbers DEFENDANTS_000001 through DEFENDANTS_000145, served on June 24, 2026, and a second production bearing Bates numbers DEFENDANTS_000146 through DEFENDANTS_001631, served on August 31, 2026. The email from the State Action Defendants' counsel transmitting the second production stated that the entirety of that production "is designated CONFIDENTIAL," and its pages are stamped "CONFIDENTIAL." The initial production consists principally of filings with the California and Delaware Secretaries of State, together with recorded deeds for certain real property in Los Angeles County, two Franchise Tax Board notices, and related correspondence. The second production consists principally of documents concerning the acquisition, development and operation of the hotels, including purchase and franchise agreements and related title, escrow, title insurance, lease, planning and financing documents. Together, the two productions comprise approximately 175 documents, none of which concerns the transfer of the equity of Metainfinity, Inc., Metanova, LLC or San Yi US Investment Company, Inc. to Respondent Fuer Yuan or to the YAEN Irrevocable Trust.

9. Neither production contains any of the documents that Sun filed in this action as Exhibits 3 through 8 to the Declaration of Alex Scandroli in support of her Motion to Intervene (Dkt. 26-4 through 26-9). CIB did not receive those documents in the State Action before Sun filed them in this action on November 2, 2026. Nor does either production, or any written discovery response the State Action Defendants have

served, refer to the YAEN Irrevocable Trust or include the December 2019 Framework Agreement described in Sun's Motion to Intervene (Dkt. 26 at 11).

10. As of the date of this declaration, CIB has produced four volumes of documents in the State Action, bearing Bates numbers CIB-000001 through CIB-00041000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: November 23, 2026

/s/ *Yiren Yu*
Yiren Yu